U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 09 2009

CHRIS R. JOHNSON, CLERK

BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA )
)  No. 2:09CR 20074-001
v. )
)  18 U.S.C. §§ 2252(a)(2) and (b)(1).
JACOB LOGAN STONE )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 17, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *20098190l5458fwdjbkdowjhkftqyi.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TWO

On or about September 7, 2009, in the Western District of Arkansas, Fort Smith division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly distributed one or more visual depictions, including but not limited to *160521.jpg*, using any means and facility of interstate and foreign commerce and that has been mailed and shipped and transported in and affecting interstate

and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and knowingly reproduced any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depictions are of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

On or about September 5, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *18.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about August 18, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *200907260252l8bxkrdhxgtobutcgwv.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and

affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIVE

On or about August 16, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *0011.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT SIX

On or about August 15, 2009, in the Western District of Arkansas, Fort Smith division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly distributed one or more visual depictions, including but not limited to *_1573.jpg and 001a.jpg*, using any means and facility of interstate and foreign commerce and that has been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and knowingly reproduced any

3

visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depictions are of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT SEVEN

On or about August 14, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *2adere21.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT EIGHT

On or about July 29, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *246.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor

engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT NINE

On or about August 9, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *1A.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TEN

On or about August 5, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *20090630045909cyylbrmcwobdsjmuh.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is

defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT ELEVEN

On or about July 30, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *20090725013515-fwdjbkdowjhkftqyi.jpg*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TWELVE

On or about July 21, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *!New_-_WOW!!_-_spongebob_d_explore.avi*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THIRTEEN

On or about March 18, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *Spongebob 10 face . . . .jpg\**, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOURTEEN

On or about January 13, 2009, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *19 man plays with son.avi*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIFTEEN

On or about September 4, 2007, in the Western District of Arkansas, Fort Smith Division and elsewhere, JACOB LOGAN STONE, the defendant, knowingly received one or more visual depictions, namely *eee.wmv*, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A True Bill.

*/s/ Foreperson*
Foreperson

By:

DEBORAH GROOM
UNITED STATES ATTORNEY

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: 479-441-0501