

**U. S. District Court**
**Western District of Arkansas (Fort Smith)**
**CIVIL DOCKET FOR CASE #: 2:09-sm-00043-RTD *SEALED***
**Internal Use Only**

United States of America v. Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601) et al
Assigned to: Honorable Robert T. Dawson
Cause: Civil Miscellaneous Case

Date Filed: 11/10/2009
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**          represented by  **Kyra E Jenner**
United States Attorney's Office
P.O. Box 1524
414 Parker Avenue
Fort Smith, AR 72902
(479) 783-5125
Fax: (479) 441-0578
Email: kyra.jenner@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601)**
*red*
*also known as*
Jacob Stone

**Defendant**

**Windows XP Professional 1-2CFU computer tower (S/N 00045-442-914872)**
*black*
*also known as*
Jacob Stone

**Defendant**

**Maxtor hard drive (S/N Y647QFLE)**
*also known as*
Jacob Stone

**Defendant**

**Barracuda 7200.7 80GB hard drive**

*also known as*
Jacob Stone

**Defendant**

**Maxtor 80GBhard drive (S/N Y2Q5RZWE)**
*also known as*
Jacob Stone

**Defendant**

**3 tumb drives and 100 plus CD's**
*also known as*
Jacob Stone

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/10/2009 | 1 | | APPLICATION/AFFIDAVIT for Search Warrant by United States of America as to 3 tumb drives and 100 plus CD's, Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601), Barracuda 7200.7 80GB hard drive, Maxtor 80GBhard drive (S/N Y2Q5RZWE), Maxtor hard drive (S/N Y647QFLE), Windows XP Professional 1-2CFU computer tower (S/N 00045-442-914872). THIS IS A TEXT ONLY ENTRY. NO DOCUMENT ATTACHED. DOCUMENT FILED UNDER SEAL WITH THE COURT. (lw) (Entered: 11/10/2009) |
| 11/10/2009 | | | Search and Seizure Warrant Issued. TEXT ONLY ENTRY (lw) (Entered: 11/10/2009) |
| 11/20/2009 | | | Search and Seizure Warrant Returned Executed on 11/10/09<br><br>**This is a text only entry - no document is attached. THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**<br><br>(rw) (Entered: 11/20/2009) |

[ View Selected ]
or
[ Download Selected ]