# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 10 2009
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

In the Matter of the Search of )
)
a red Acer Aspire One laptop computer (S/N )
LUS700B02891339CA81601); a black Windows XP )
Professional 1 - 2CFU computer tower (S/N 00045-442- )
914872); a Maxtor hard drive (S/N Y647QFLE); a )
Barracuda 7200.7 80GB hard drive; a Maxtor 80GB hard )
drive (S/N Y2Q5RZWE), 3 thumb drives and 100+ CDs )
)

Case No. FS-09-43

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the Western District of Arkansas *(identify the person or describe property to be searched and give its location)*:

**See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. § 2252A and 2251, and the application is based on these facts:

☒ **Continued on the attached Affidavit.**

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____ SA FBI LR
*Applicant's signature*

SPECIAL AGENT TIM AKINS, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-10-09

_____
*Judge's signature*

City and state: Fort Smith, Arkansas

JAMES R. MARSCHEWSKI, U. S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

A red Acer Aspire One laptop computer (S/N LUS700B02891339CA81601), a black Windows XP Professional 1 - 2CFU computer tower (S/N 00045-442-914872), a Maxtor hard drive (S/N Y647QFLE), a Barracuda 7200.7 80GB hard drive, a Maxtor 80GB hard drive (S/N Y2Q5RZWE), as well as three thumb drives and over 100 CDs currently located at the Federal Bureau of Investigation's Fort Smith Resident Agency in Fort Smith, Arkansas.

## ATTACHMENT B

ITEMS TO BE SEIZED:

Information, correspondence, records, documents or other materials pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and in violation of Title 18, United States Code, Sections 2252 and 2252A, that were transmitted or received using a computer, or other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

   a. visual depictions of child pornography; information pertaining to the interest in child pornography; information pertaining to the distribution, receipt, or possession of child pornography;

   b. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256;

   c. any records of Internet usage including user names and email addresses and identities assumed for the purposes of communication on the Internet. These records may include ISP records, i.e. billing and subscriber records, chat room logs, email messages, and include electronic files in a computer and on other data storage mediums, including CDs or DVDs; and

   d. any information pertaining to file sharing or file sharing software (i.e., Limewire, Kazaa, and Bear Share).

# AFFIDAVIT

Your affiant, Timmy K. Akins, a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), being duly sworn, states:

1. Your affiant is a Special Agent of the FBI and has been so employed for over fourteen years. Your affiant is presently assigned as an investigative agent in the Fort Smith Resident Agency of the Little Rock Division located in Fort Smith, Arkansas. Throughout employment with the FBI, your affiant has been assigned general investigative duties primarily in the areas of violent crime, financial crime, public corruption, and crimes against children offenses. During your affiant's tenure as a law enforcement officer, your affiant has personally prepared and participated in the execution of numerous arrest and search warrants. Your affiant has received training in the investigation of crimes against minors and has personally been involved in numerous investigations concerning crimes against children, such as possession of child pornography and production of child pornography. Your affiant has training and experience investigating crimes involving the sexual exploitation of minors under the age of 18 through various electronic media such as computers, cameras, and cellular telephones. Your affiant is authorized to investigate violations of Chapter 110 of Title 18 of the United States Federal Criminal Code which prohibits sex crimes against children through the use of computers.

2. The statements contained in this affidavit are based on information provided to your affiant through investigative means and other law enforcement officials, and on your affiant's experience and training as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a search warrant, your affiant has not included each

and every fact known concerning this investigation. Your affiant has set forth only the facts believed necessary to establish probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18, United States Code, Sections 2252 and 2252A (interstate transportation, receipt, and possession of child pornography that has traveled in interstate and/or foreign commerce) will be found in and on computers, thumb drives and CDs containing visual images depicting minors engaged in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and related electronic mail messages and transmission data presently located within the computer hard drives of a red Acer Aspire One laptop computer (S/N LUS700B02891339CA81601), a black Windows XP Professional 1 - 2CFU computer tower (S/N 00045-442-914872), a Maxtor hard drive (S/N Y647QFLE), a Barracuda 7200.7 80GB hard drive, a Maxtor 80GB hard drive (S/N Y2Q5RZWE), as well as three thumb drives and over 100 CDs. The Acer laptop computer, the Windows XP Professional computer tower, the two Maxtor hard drives, the Barracuda hard drive, the three thumb drives and the 100-plus CDs were all manufactured outside the state of Arkansas and therefore have moved in interstate and foreign commerce in order to be located in the Western District of Arkansas.

  3.  The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

  4.  On October 26, 2009, your affiant was contacted by Heather L. Patton, Deputy

Prosecuting Attorney, Fifth Judicial District, State of Arkansas, requesting assistance in the investigation of computer equipment suspected to contain images of child pornography. Your affiant was advised that, pursuant to a state search warrant issued October 7, 2009, by the Circuit Judge for the Circuit Court of Franklin County, Arkansas, the Franklin County Sheriff's Office (FCSO), with the assistance of the Arkansas State Police (ASP) and the Ozark Police Department (OPD), conducted a search of a specific residence which is on Taylor Road in Ozark, Arkansas, a residence owned by Jacob Stone and Chad Elder, and is located in the Western District of Arkansas. Probable cause for the state search warrant was obtained after Tabatha Elder, Chad Elder's mother, entered the residence on Taylor Road in Ozark, Arkansas on October 6, 2009, and, with permission, used Jacob Stone's red Acer Aspire One, laptop computer, bearing serial number LUS700B02891339CA81601, to check her email. During this process, Tabatha Elder observed what she believed to be child pornographic images on the laptop computer. Subsequently, the FCSO was contacted and advised Tabatha Elder to deliver the laptop computer to the FCSO. The FCSO used the information provided by Tabatha Elder to obtain a state search warrant. As a result of the execution of the state search warrant, the FCSO seized and took into custody the following items that have not been forensically examined:

- E-1 - Barracuda 80 GB hard drive
- E-2 - Maxtor 250 GB hard drive
- E-3 - 1 Magic Jack flash drive
- E-4 - 1 Flash drive in leather case
- E-5 - 1 Maxwell DVD+R, Microsoft visual basic 6.0 software installer, 3-D topoquads Photosuite, blank CD, NTI CD Maker
- E-6 - Rewritable CD drive serial number 17385875111
- E-7 - Maxwell CR-R labeled Turbo Stats FB+BB
- E-8 - Sprint Artist CD, Century Tel internet setup disk, 4 pages of email messages
- E-9 - notepad with hand written computer instructions
- E-10 - Motorola cell phone/razor with instruction manual with cord

- E-11 - 37 CDs on one spindle, 40 CDs on one spindle, Gateway CD booklet with 11 CDs
- E-12 - two floppy disks, documents with passwords
- E-13 - small piece of paper with passwords
- E-14 - black computer tower with number 00045-442-914-872
- E-15 - one notebook, Memorex CD-R
- E-16 - Targus High Speed Card Reader
- E-17 - Motorola Radius Radio
- E-18 - 1 CD with plastic case
- E-19 - Sony HI8MP 120 videotape
- E-20 - HP DVD 1170 Rewriter drive
- E-21 - Rayovac USB battery charger with batteries
- E-22 - Aspire laptop computer guide booklets
- E-23 - Dell Printer with cord CN-0N5819-48734-561-E-766
- E-24 - Gateway computer shell empty
- E-25 - 5 CDs and empty plastic case
- E-26 - Motorola cellphone with serial number F55GJNLHFJ, Kodak ESP-3 all in one printer with number CN1K23308075294F1085, 52 CDs with spindle, Logtech laser mouse
- E-27 - envelope from Hong Kong addressed to Jacob Stone
- E-28/E-30 - HP Desk Jet 3745 serial number CN55E3Y2QP.

5. Through discussions with FCSO Investigator Robert Limbocker and ASP Investigator Kim Warren, your affiant learned that after having been read his Miranda rights, Jacob Stone admitted to Investigators Limbocker and Warren that he possessed numerous photographs and videos of child pornography on two separate computers: (1) the red Acer Aspire One laptop that was in police custody, and (2) the computer located in his bedroom. Stone said the images were too numerous to count. Stone further advised he had downloaded the data from a web site and had utilized file sharing software to obtain and distribute additional child pornography images. Furthermore, Stone told the investigators he was addicted to child pornography and would often fantasize about sexual acts while looking at the images.

6. On October 29, 2009, your affiant interviewed Chad Elder, a 26-year-old male, and co-owner and resident of the residence on Taylor Road, Ozark, Arkansas where Jacob Stone

also resided. Elder explained to your affiant that his dog had knocked over a drink onto Jacob Stone's red Aspire One laptop computer resulting in Jacob Stone believing the laptop computer was inoperable. Elder told your affiant that on October 6, 2009, Elder used Jacob Stone's vehicle to drive Stone to work. Elder told your affiant that he allowed Stone to borrow Elder's laptop computer. Shortly after returning to the residence on Taylor Road, Elder's mother, Tabatha Elder, and Chad Elder's fiancé, Ashley Sorrels, arrived. According to Elder, Tabatha Elder asked if she could check her email, which she commonly did at Elder's residence. Elder explained his laptop computer was with Stone. Elder said he retrieved Stone's laptop that was believed to be inoperable. Elder said he plugged up the laptop computer and noticed it was charging. Elder told your affiant he contacted Stone at work to advise him the laptop may be working. Elder said he asked Stone for permission to use the laptop if it indeed worked. According to Elder, Stone advised Elder could use the laptop. Elder stated he did get the laptop to work and called Stone back to advise him the laptop was now working. Elder asked Stone if it was okay for his mother to check her email on the laptop computer to which Stone advised it was okay. Stone asked Elder to bring the laptop to Stone's work sometime that evening.

7. On October 29, 2009, your affiant interviewed Tabatha Elder, a 41-year-old female who is Chad Elder's mother. Tabatha Elder advised your affiant that on October 6, 2009, she traveled to her son's residence on Taylor Road in Ozark, Arkansas, to see her son and to use his computer to check her email. After checking her email, she stated she clicked on a pictures icon believing this was still a part of her web page. After clicking on the pictures icon, Tabatha Elder observed numerous pictures of naked boys ranging in age of 8 years and older. Tabatha Elder described she saw naked white boys playing with each other's penises in some of the

Page 5 of 8

pictures on the computer. She stated she saw in one picture, a little boy was sucking another boy's penis. She said she saw in another picture, a naked boy spread out on a bed. Tabatha Elder explained she was upset and shut the computer and walked out of the house without saying anything to anyone. Tabatha Elder stated Ashley Sorrels soon came out of the house carrying the laptop computer and got into the van with Tabatha Elder. Ashley Sorrels told Tabatha Elder she needed Tabatha Elder to drive her to Jacob Stone's work place so she could swap laptop computers with Stone. As they drove down the road, Tabatha Elder stated she asked Ashley Sorrels if Ashley knew what was on the laptop computer. Tabatha Elder stated she pulled off the road and showed Ashley Sorrels the pictures on the computer. Chad Elder and Chris Elder, who were following Tabatha Elder in a separate vehicle, pulled over behind her to see what the problem was. Once Tabatha Elder showed these pictures to Ashley Sorrels, Chad Elder, and Chris Elder, Chris Elder contacted the FCSO and was told by law enforcement that the laptop computer should be delivered to the FCSO.

8.  On October 29, 2009, your affiant interviewed Ashley Sorrels, a 23-year-old female, and the fiancé of Chad Elder. Sorrels advised Chad Elder contacted Stone for permission to use the laptop computer. Sorrels stated Stone granted permission and asked if Sorrels and Elder would bring the laptop computer to him at work later that night. Sorrels stated Tabatha Elder checked her email on the laptop computer and then went outside to her vehicle. Sorrels said she picked up the laptop computer and carried it outside and entered the vehicle with Tabatha Elder. Once in the vehicle, Sorrels stated Tabatha Elder described to Sorrels what she saw on the laptop computer. According to Sorrels, Tabatha Elder then opened up the laptop computer and showed Sorrels the pictures. Sorrels described seeing a lot of pictures of naked

boys ranging in age of 9 to 15 years old. Sorrels said the police were contacted and Sorrels and Elder were told to bring the laptop computer to the FCSO.

9. On November 4, 2009, your affiant received custody of the afore mentioned evidence seized by the FCSO on October 7, 2009. This evidence is currently securely stored in the FBI's Fort Smith Resident Agency in Fort Smith.

10. Through experience and training, your affiant has learned that many collectors of child pornography and child erotica retain their collections for long periods of time, adding and deleting images as they wish. Collectors of child pornography and child erotica often retain their collections on computer hard drivers, cell phones, cameras, CDs, and thumb drives. Stone had computer hard drives, three thumb drives, and over 100 CDs. Stone admitted to law enforcement officers that he possessed child pornographic images on his laptop computer, which was already in police custody, and on his computer located in his bedroom. Furthermore, based upon admissions Jacob Stone made to law enforcement officers, your affiant believes child pornographic images are being maintained on the a red Acer Aspire One laptop computer (S/N LUS700B02891339CA81601), a black Windows XP Professional 1 - 2CFU computer tower (S/N 00045-442-914872), a Maxtor hard drive (S/N Y647QFLE), a Barracuda 7200.7 80GB hard drive, a Maxtor 80GB hard drive (S/N Y2Q5RZWE), as well as three thumb drives and over 100 CDs.

11. Based on the above information, your affiant respectfully submits that there is probable cause to believe that Title 18, United States Code, Sections 2252 and 2252A, which make it a federal crime for any person to knowingly receive, distribute or possess child pornography that has been mailed, or has been shipped or transported in interstate or foreign

commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution in interstate or foreign commerce by any means including by computer or through the mails, has been violated.

12. In consideration of the foregoing, your affiant respectfully requests that this Court issue a search warrant allowing properly trained computer Forensic Examiners to search the red Acer Aspire One laptop computer (S/N LUS700B02891339CA81601), a black Windows XP Professional 1 - 2CFU computer tower (S/N 00045-442-914872), a Maxtor hard drive (S/N Y647QFLE), a Barracuda 7200.7 80GB hard drive, a Maxtor 80GB hard drive (S/N Y2Q5RZWF), as well as three thumb drives and over 100 CDs for the purposes of locating child pornographic images that have been transported or have traveled in interstate commerce or used materials that have traveled in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2252 and 2252A.

_____ SA FBI LR
Timmy K. Akins
Special Agent, FBI

Subscribed and sworn to before me this  10  day of November, 2009.

_____
James R. Marschewski
United States Magistrate Judge

**Other Documents**

2:09-sm-00043-RTD *SEALED* United States of America v. Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601) et al
SEALED

## U. S. District Court

## Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2009 at 10:54 AM CST and filed on 11/10/2009

| | |
|---|---|
| **Case Name:** | United States of America v. Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601) et al |
| **Case Number:** | 2:09-sm-00043-RTD *SEALED* |
| **Filer:** | United States of America |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**APPLICATION/AFFIDAVIT for Search Warrant by United States of America as to 3 tumb drives and 100 plus CD's, Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601), Barracuda 7200.7 80GB hard drive, Maxtor 80GBhard drive (S/N Y2Q5RZWE), Maxtor hard drive (S/N Y647QFLE), Windows XP Professional 1-2CFU computer tower (S/N 00045-442-914872). THIS IS A TEXT ONLY ENTRY. NO DOCUMENT ATTACHED. DOCUMENT FILED UNDER SEAL WITH THE COURT. (lw)**

2:09-sm-00043-RTD *SEALED* No electronic public notice will be sent because the case/entry is sealed.