# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

In the Matter of the Search of )
)   Case No. FS-09-43
a red Acer Aspire One laptop computer (S/N )
LUS700B02891339CA81601); a black Windows XP Professional 1 - )
2CFU computer tower (S/N 00045-442-914872); a Maxtor hard drive )
(S/N Y647QFLE); a Barracuda 7200.7 80GB hard drive; a Maxtor )
80GB hard drive (S/N Y2Q5RZWE), 3 thumb drives and 100+ CDs )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Arkansas *(identify the person or describe the property to be searched and give its location)*:
**See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
**See Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   11-20-09
                                                          *(not to exceed 10 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____.
        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  11-10-09        _____/s/ Marschewski_____
                                                *Judge's signature*

City and state: Fort Smith, Arkansas      JAMES R. MARSCHEWSKI, U. S. Magistrate Judge
                                                *Printed name and title*

# ATTACHMENT A

A red Acer Aspire One laptop computer (S/N LUS700B02891339CA81601), a black Windows XP Professional 1 - 2CFU computer tower (S/N 00045-442-914872), a Maxtor hard drive (S/N Y647QFLE), a Barracuda 7200.7 80GB hard drive, a Maxtor 80GB hard drive (S/N Y2Q5RZWE), as well as three thumb drives and over 100 CDs currently located at the Federal Bureau of Investigation's Fort Smith Resident Agency in Fort Smith, Arkansas.

## ATTACHMENT B

ITEMS TO BE SEIZED:

Information, correspondence, records, documents or other materials pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and in violation of Title 18, United States Code, Sections 2252 and 2252A, that were transmitted or received using a computer, or other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

a. visual depictions of child pornography; information pertaining to the interest in child pornography; information pertaining to the distribution, receipt, or possession of child pornography;

b. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256;

c. any records of Internet usage including user names and email addresses and identities assumed for the purposes of communication on the Internet. These records may include ISP records, i.e. billing and subscriber records, chat room logs, email messages, and include electronic files in a computer and on other data storage mediums, including CDs or DVDs; and

d. any information pertaining to file sharing or file sharing software (i.e., Limewire, Kazaa, and Bear Share).

**Service of Process:**

2:09-sm-00043-RTD *SEALED* United States of America v. Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601) et al
SEALED

## U. S. District Court

### Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2009 at 10:59 AM CST and filed on 11/10/2009

**Case Name:** United States of America v. Acer Aspire One laptop comupter (S/N LUS700B02891339CA81601) et al
**Case Number:** 2:09-sm-00043-RTD *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Search and Seizure Warrant Issued. TEXT ONLY ENTRY (lw)**

2:09-sm-00043-RTD *SEALED* No electronic public notice will be sent because the case/entry is sealed.