IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Fort Smith     DIVISION

CRIMINAL NO. 2:09CR20074-001           USA vs. Jacob Logan Stone

COURT PERSONNEL:                       DEFENDANT'S COUNSEL:

JUDGE: _____                  Keith Kannett
                                       (Name)
MAGISTRATE: James R. Marschewski       P. O. Box 7210
                                       (Address)
CLERK: Debbie Maddox                   Van Buren, AR 72956
                                       (City, States, Zip Code)
RECORDER: Debbie Maddox, ECRO          479-410-2126
                                       (Telephone Number)
GOVERNMENT: Kyra Jenner                ☑ RET  ☐ FPD  ☐ WV  ☐ CJA

INTERPRETER: _____

## INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:   ☐ initial appearance   ☑ arraignment and plea
☑ Charges: ☐ magistrate complaint  ☐ information  ☑ indictment  ☐ superseding
☐ Rule 5 - District and case number: _____
☐ Petition on supervised release
☑ Level of offense: ☐ petty  ☐ misdemeanor  ☑ felony
☑ Defendant appeared:   ☑ with counsel  ☐ without counsel
☐ Waiver of counsel executed and filed
☐ CJA23 financial affidavit executed
☐ Counsel appointed
☐ Rule 44 (c) inquiry made regarding joint representation of defendants and advised
     of right to separate representation
☑ Inquiry made regarding defendant's age
☑ Inquiry made regarding defendant's education level and ability to read/write
        ✓   English            Spanish
☑ Inquiry made that defendant is not under the influence of drugs/alcohol
☑ Inquiry made that defendant does not suffer from mental disease or disorder
    and is able to comprehend proceedings
☐ Court finds that defendant is person named in Rule 5 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA
USA vs. Jacob Logan Stone

☒ Defendant informed of rights
☒ Court finds that defendant has received charging document
☒ Court finds that defendant has read charging document or that it has been read to
   defendant and that it is understood by defendant
☒ Defendant informed of maximum possible penalties, including payment of special
   assessment and restitution
☐ Waiver of indictment executed and filed
☐ Information filed
☐ Indictment read      ☒ substance of charge stated
☐ Information read     ☐ substance of charge stated
☐ Complaint read       ☐ substance of charge stated
☐ Defendant waived reading of:  ☐ indictment  ☐ information  ☐ complaint
☐ Rule 11(e) plea agreement disclosed on record and filed
☐

**DEFENDANT'S PLEA:**
☒ Not Guilty to count(s)      1; 2; 3-5; 6; 7-15
☐ Guilty to count(s)
☐ Nolo contendere to count(s)
☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
☐ Preliminary hearing
☒ Detention hearing       12/14/2009 - 1:30 pm - Fort Smith
☐ Revocation hearing
☒ Trial Date              2/4/2010 - 9:00 am - Fort Smith
☐ Sentencing Date
☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
☐ Defendant directed to file Rule 16 discovery motions within ____ days
☐ Government directed to file responses to motions and file its Rule 16 discovery
   motions within ____ days
☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of
   particulars within ____ days after government responses

**BOND** set at ____
☐ Defendant released on present bond
☐ Defendant to make bond and be released
☒ Defendant remanded to custody of U.S. Marshal Service

**SPECIAL CONDITIONS OF RELEASE:**
☐ Pretrial supervision as directed by the U.S. Probation Office.
☐

DATE: 12/11/2009

Proceedings began: 3:06 pm
ended: 3:16 pm