IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                    Criminal No. 2:09CR20074-001

JACOB LOGAN STONE                                                       DEFENDANT

**O R D E R**

At the arraignment and plea conducted this date of the criminal indictment, the defendant requested a detention hearing; accordingly, the court sets the hearing for **Monday, December 14, 2009 at 1:30 p.m. in Fort Smith**. The defendant is detained pending the hearing.

SO ORDERED this 11th day of December 2009.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE