IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

### **MINUTES**

_____     JUDGE: _____

PLAINTIFF

    ATTY: _____     REPORTER: _____

                                                CLERK:  _____

_____     CASE NO. _____

DEFENDANT

    ATTY: _____

                                                DATE: _____

               ACTION: _____

TIME                                   MINUTES

| TIME | MINUTES |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |