```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.              Criminal No. 2:09CR20074-001

JACOB LOGAN STONE                                       DEFENDANT


### ORDER OF DETENTION PENDING TRIAL

At the detention hearing held this date, the court, after hearing testimony and reviewing evidence presented, and after being well and sufficiently advised, detained the defendant. The court directed that defendant be remanded to custody of the U. S. Marshal's Service.

SO ORDERED this 14th day of December 2009.

                                        /s/ J. Marschewski
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE