AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**DEC 1 5 2009**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JACOB LOGAN STONE | )  Case No.  2:09CR20074-001 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JACOB LOGAN STONE                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
    13 COUNTS:  Knowing receipt of material containing sexually explicit visual depictions of minors; AND
    2 COUNTS:  Knowing distribution of material containing sexually explicit visual depictions of minors.

Date:    12/10/2009

_____
*Issuing officer's signature*

City and state:    Fort Smith, Arkansas

Christopher R. Johnson, U. S. Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/10/09 , and the person was arrested on *(date)*  12/10/09 at *(city and state)*  Fort Smith, AR . |
| Date:  12/11/09 |

_____
*Arresting officer's signature*

Jeffery Landris , DUSM
*Printed name and title*