IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  2:09CR20074-001 |
| v. | ) | |
| | ) | |
| JACOB LOGAN STONE | ) | |

**RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY
AND GOVERNMENT'S REQUEST FOR DISCOVERY**

Comes now the United States of America, by and through the United States Attorney for the Western District of Arkansas, and for its response to the defendant's request for discovery filed herein, states:

1. The United States will provide discovery as set forth in the Pretrial Scheduling Order. Material required pursuant to Giglio v. United States and Jencks Act material will be provided the day before trial of this matter.

2. The United States requests that the defendant provide the government all material as set forth in the Pretrial Scheduling Order.

Respectfully submitted,

DEBORAH GROOM
UNITED STATES ATTORNEY

By:   /s/ Kyra E. Jenner
Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith,  AR  72902
Telephone: 479-783-5125

**CERTIFICATE OF SERVICE**

      I, Kyra E. Jenner, Assistant United States Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing pleading was electronically filed on January 12, 2010, with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Keith Kannett
Attorney at Law

                                          /s/ *Kyra E. Jenner*
                                          Kyra E. Jenner
                                          Assistant U.S. Attorney