```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                      PLAINTIFF

   V.                    CASE NO. 2:09cr20074RTD-001

JACOB LOGAN STONE                                             DEFENDANT

<u>NOTICE</u>

Please take notice that the above styled case is set for a CHANGE OF PLEA HEARING on **THURSDAY, FEBRUARY 4, 2010 AT 10:30 A.M.**, in the Judge Isaac C. Parker Federal Bldg., Room 1004, South Sixth and Rogers Avenue, Fort Smith, Arkansas.

Dated this 27th day of January, 2010.

                                    AT THE DIRECTION OF THE COURT

                                    CHRISTOPHER R. JOHNSON, CLERK

                                    By:  /s/ Mokihana Presley
                                              Deputy Clerk

To:  Keith Kannett
     Kyra Jenner, AUSA

cc:  U.S. Clerk
     U.S. Marshal
     U.S. Probation