UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO.: 2:09cr20074-RTD-001    USA v. JACOB LOGAN STONE

COURT PERSONNEL:                    APPEARANCES:

Judge    Robert T. Dawson            Govt: Kyra Jenner
Magistrate                           Deft: Keith Kannett
Clerk    Mokihana Presley                 (X)Ret   ( ) Appt   ( )Waived
Reporter Rick Congdon
Recorder                             Interpreter:   N/A

CHANGE OF PLEA MINUTE SHEET

On this date the above named defendant appeared in person and with counsel and stated in open court the he desired to withdraw the plea of not guilty heretofore entered and enter a plea of guilty to count(s)   Six (6)   of the indictment.

(X)   Rule 11(e) plea agreement disclosed on the record and filed.
( )   Count(s) _____ of the indictment/information read.
(X)   Rights explained.
(X)   Possible severity of sentence explained.
(X)   Defendant entered guilty plea to count(s)  Six (6)  .
( )   Not guilty plea stands on count(s) _____ .
(X)   Defendant sworn and examined about offense.
(X)   Court determined that there is a factual basis for the plea.
(X)   Plea accepted.
(X)   Defendant found guilty as charged.
( )   Court proceeded to impose sentence as follows:
         (SENTENCING MINUTE SHEET ATTACHED)
(X)   Sentencing deferred pending presentence investigation report.
( )   Defendant permitted to remain on present bond.
(X)   Defendant remanded to custody of  USMS  .
( )   _____

DATE:  February 4, 2010              Proceeding began:  10:30a.m.
                                                 ended:  10:45a.m.