IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    V.                     CASE NO. 2:09cr20074-RTD-001

JACOB LOGAN STONE                                           DEFENDANT

NOTICE

Please take notice that the above styled case is set for a SENTENCING HEARING on **TUESDAY, JULY 13, 2010 AT 10:30 A.M.** in the Judge Isaac C. Parker Federal Bldg., Room 1004, South Sixth and Rogers Avenue, Fort Smith, Arkansas.

Dated this 26th day of May, 2010.

                                      AT THE DIRECTION OF THE COURT

                                      CHRISTOPHER R. JOHNSON, CLERK

                                      By: /s/ Mokihana Presley
                                               Deputy Clerk

To:  Kyra Jenner, AUSA
     Keith Kannett

cc:  U.S. Clerk
     U.S. Marshal
     U.S. Probation