IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO. : 2:09-20074-RTD            USA v.  JACOB LOGAN STONE

COURT PERSONNEL:                         APPEARANCES:
    Judge Robert T. Dawson                  Govt. Kyra Jenner
    Magistrate                              Deft.  Keith Kannett
    Clerk  Mokihana Presley                 ( X) Ret.   ( )Appt.   ( ) Waived
    Reporter  Rick Congdon
    Recorder   Fort Smith                   Interpreter:    n/a

### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with/~~without~~ counsel for sentencing.

- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Evidence presented pursuant to Rule 32; F.R.Cr.P.:
  T/O: 37   C/H: I
  PSR, Addendum and Plea Agt. TBF. No objections. $^{No}$ facts or legal issues to dispute. Defendant is taking medications, but nothing that would affect his decision at present.

- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- ( ) Court proceeded to impose sentence as follows:
  Imprisonment:  150 mos.
  Supervised Release: Lifetime
  Fine: $5,000.00 (waived interest)
  Special Assessment: $100
  Def is to report to nearest probation office after being released from BOP w/in 72 hrs and is also prohibited from ever possessing a firearm or any other dangerous device.

Page 1 of 2

Criminal No.: 2:09-20074-RTD-001          USA v. STONE

( X )   Defendant ordered to comply with general conditions of probation/<u>supervised release.</u>
( X )   Defendant ordered to comply with following special conditions of probation/<u>supervised release</u>:
<u>Def shall not commit any federal, state or local crime; shall cooperate and submit to collection of DNA sample; shall also comply w/mandatory controlled substance drug testing; shall comply w/the standard condition of supervised release; shall cooperate w/any search by p/o of his person, residence, workplace, or vehicle conducted in a reasonable manner by on reasonable suspicion of evidence of violation of condition of supervised release. In addition to the mandatory drug testing requirements, the def shall comply w/any referral deemed appropriate by the US Probation Officer for in-patient or out-patient evaluation, treatment, counseling or</u> testing for substance abuse. Defendant shall not have any unsupervised contact <u>with any minor. Defendant shall not have access to internet in or out of his place of residence without probation officer's notice.</u>

(X)   Defendant is ordered to pay total special assessment of   <u>$100.00</u>
         for each count(s)   <u>Six ( 6 )</u>          , which shall be due ( ) immediately
(X)   as follows:   <u>as designated in Judgment to be filed</u>
         On motion of government, count(s)  <u>One thru Five (1-5) and Seven thru Fifteen (15)</u>  of indictment is dismissed.
(X)   Defendant advised of right to appeal proceedings.
(X)   Defendant advised of right to appeal sentence imposed.
(  )   Defendant advised of right to apply for leave to appeal in forma pauperis.
(  )   Defendant permitted to remain on present bond and surrender

(X)   Defendant remanded to custody of  <u>USMS.</u>
(X)   Court recommended   <u>to Deft's counsel and probation officer that during his confinement, Def be allowed to participate in the sex offender treatment program.</u>

DATE:  <u>July 13, 2010</u>              Proceeding began:    <u>11:05 a.m.</u>
TAPES:   <u>Fort Smith, AR</u>                        ended:    <u>11:30 a.m.</u>