IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.        No. 2:09CR20074-001

JACOB STONE,
    DEFENDANT.

## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full monetary satisfaction is hereby acknowledged of that certain judgment entered on July 16, 2010, in favor of the United States of America, against the above-named defendant. The United States District Court Clerk is hereby authorized to enter full monetary satisfaction of record in this action. The Franklin County Circuit Clerk is hereby authorized to release the lien filed in the Franklin County Circuit Clerk's Office on August 4, 2010, at Book F, Page 268.

    DATED:  March 24, 2015.

                      CONNER ELDRIDGE
                      UNITED STATES ATTORNEY

                      /s/ Deborah Groom

                      By:
                          Deborah Groom
                      Assistant U. S. Attorney
                      Arkansas Bar No. 80054
                      414 Parker Avenue
                      Fort Smith, AR 72901
                      Phone: 479-783-5125
                      Fax: (479) 441-0569
                      Email: debbie.groom@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, and the attorney of record will receive notification of such filing via the CM/ECF System.

      _____
/s/ Deborah Groom
Assistant U. S. Attorney