UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 10 2017

DOUGLAS F. YOUNG, Clerk
By
                    Deputy Clerk

UNITED STATES OF AMERICA )
                PLAINTIFF )
                          )
VS.                       )    Case Number: 2:09-CR-20074-RTD
                          )
JACOB LOGAN STONE         )
                DEFENDANT )

## MOTION TO MODIFY TERMS AND CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. §3583(e)(2)

### RELIEF SOUGHT

Jacob Logan Stone, the defendant in this action, moves the Court for an order modifying the terms and conditions of his supervised release by:

1. Modifying special condition 2 to include interactions that would occur everyday with minors in public places.

2. Modifying special condition 4 by taking the computer and internet ban off and replacing it with monitoring software and random searches.

3. Modifying the lifetime term of supervised release to a finite term of years, preferably 10 or less, in order to allow me adequate opportunities to reintegrate back into society.

### GROUNDS FOR RELIEF

As established by the supporting brief, these modifications are necessary because of the following:

1. Without modifying special condition 2 regarding access to minors in everyday interactions, I am guaranteed to put myself at risk by interacting with minors during the regular course of the day in such ways as employees at restaurants,

possibly during a traffic accident, as retail clerks and other such instances.

2. Special condition 4 regarding a ban on computer and internet use should be modified because it is too restrictive based on the conditions of 18 U.S.C. §3553(a).

3. Special condition 4 is also obsolete as changes in technology make it virtually impossible to have a normal life without encountering some type of internet connected or even internet capable device.

4. I plan on continuing my education and working for a second Bachelor's degree upon my release from prison and am required to have internet access in order to do this.

5. I also intend to obtain employment in a sign/vehicle design business and use of computers and internet access is required in order to design, modify and use designs, logos, and other such graphics that involve a computer.

6. The length of supervised release is in violation of the U.S. Constitution's eighth amendment ban on cruel and unusual punishment and should be modified from a term of lifetime supervised release to a finite term in order to allow me to adequately reintegrate back into society after my release from prison.

Respectfully Submitted,

*Jacob Logan Stone* 8-7-17

Jacob Logan Stone
Register Number 09849-010
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801



Jacob Stone 09849-010
U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

U.S.
Attn:
30
Roo
For