## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:09CR20074** |
| | ) | |
| **JACOB LOGAN STONE** | ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S
### MOTION TO MODIFY TERMS AND CONDITIONS OF SUPERVISED RELEASE
### PURSUANT TO 18 U.S.C. § 3583(e)(2)

Comes now the United States of America, by and through the United States Attorney for the Western District of Arkansas, and for its Response to the Defendant's Motion to Modify Terms and Conditions of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(2) (Doc. 24) filed August 10, 2017, states:

1.  The Defendant was charged in a fifteen-count Indictment returned by the grand jury on December 9, 2009. (Doc. 1). The Indictment charged the Defendant with receipt and distribution of child pornography. On February 4, 2010, the Defendant pled guilty, pursuant to a written Plea Agreement, to Count Six of the Indictment. (Doc. 15). The factual basis supporting the Defendant's conviction on Count Six revealed the Defendant emailed a 16-year-old male acquaintance images of minor males engaged in sexually explicit conduct. (Doc. 15, ¶6).

2.  On July 13, 2010, the Honorable Robert T. Dawson sentenced the Defendant to 150 months imprisonment. (Doc. 20). The sentence imposed was a variance from the advisory guideline range of 210 to 240 months. (Doc. 18, ¶ 52). Judge Dawson ordered the Defendant to pay a $5,000 fine, with interest waived, and a $100 special assessment. The Court imposed a term of supervised release for life with special conditions.

1

3. The Defendant now asks this Court to modify two special conditions of supervised release and reduce his term of supervised release. (Doc. 24). The Government opposes the Defendant's motion at this juncture and submits his request is premature. According to www.bop.gov, the Defendant's release date is November 24, 2020. The Defendant has more than three years' of incarceration to serve before he becomes eligible for supervised release. Therefore, the Government asks this Court to deny the motion as untimely and premature.[1]

                                              Respectfully submitted,

                                              Kenneth Elser
                                              United States Attorney

By:    /s/ Kyra E. Jenner
                                              Kyra E. Jenner
                                              Assistant U.S. Attorney
                                              Arkansas Bar No. 2000041
                                              414 Parker Avenue
                                              Fort Smith, AR 72901
                                              Telephone: (479) 783-5125
                                              Email: Kyra.Jenner@usdoj.gov

---

[1] Two Text Only Orders have been entered denying similarly-worded motions filed by a similarly-situated defendant in another division in the Western District of Arkansas. *See* Text Only Orders entered in *United States v. Craig Goettsch*, 5:14CR50028 on July 26, 2016, and April 28, 2017.

## CERTIFICATE OF SERVICE

I, Kyra Jenner, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF System which will send notification of such filing and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/EMF participants:

Jacob Logan Stone
Inmate 09849-010
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

/s/ Kyra E. Jenner
Kyra E. Jenner
Assistant U.S. Attorney