IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                         Case No. 2:09-CR-20074

JACOB LOGAN STONE                                                                  DEFENDANT

## ORDER

Currently before the Court is Defendant Jacob Logan Stone's motion (Doc. 24) for reconsideration of sentence. Mr. Stone was sentenced to 150 months of imprisonment on July 13, 2010, followed by supervised release for life with special conditions. Mr. Stone asks for modification to his supervised release, including: special condition 2 to include interactions that would occur every day with minors in public places; modification to special condition 4 by taking the computer and internet ban off and replacing it with monitoring software and random searches, and; modifying the lifetime term of supervised release to a finite term of years (10 or less).

The defendant's Motion to Modify Terms and Conditions of Supervised Release is premature. The motion shall be denied because Mr. Stone has not yet begun serving his term of supervised release. Once he is released to supervision, he will meet with his assigned probation officer, and at that time, he should discuss with the officer any and all concerns he has regarding the conditions of supervised release. If, after that meeting with the officer, Mr. Stone still has concerns about the conditions of supervision that he feels require clarification from the Court, he may file the appropriate motion.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 24) for modification of terms and conditions of supervised release is DENIED.

IT IS SO ORDERED this 23rd day of August, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE