IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:09CR20074 |
| ) | |
| JACOB LOGAN STONE ) | |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 05 2017

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

### Notice of Appeal

Comes now the defendant, Jacob Logan Stone, pro se, and hereby gives notice of appeal from the order denying the defendant's Motion to Modify Terms and Conditions of Supervised Release (Doc. 24) imposed by this Court on August 23, 2017.

Respectfully submitted this 29th day of August, 2017.

_____
Jacob Logan Stone
Register No. 09849-010
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Appeal

was placed in the prison legal mail box at MCFP Springfield for delivery by United States Mail, first-class postage prepaid, this 29th day of August, 20.17, and was properly addressed to the following:

U.S. District Court
30 South 6th Street
Room 1038
Fort Smith, AR 72901

Under the penalty of perjury under Title 28 USC 1746

Dated: 8-29-17

Respectfully submitted,

Name: Jacob Logan Stone
#: 09849-010
Addr: MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

Jacob Stone 09849-010
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

U.S. District Court
30 S. 6th St.
Room 1038
Fort Smith, AR 72901

