**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
30 South 6th Street, Room 1038
FORT SMITH, ARKANSAS 72901
(479) 783-6833 FAX (479) 783-6308

**DOUGLAS F. YOUNG**
CLERK

## Notice to Counsel and Pro Se Parties re Appeal

On the 5th day of September, 2017 a Notice of Appeal was filed in the case listed below:

USA v. Jacob Logan Stone

2:09cr20074-001

The instructions/forms indicated with an 'X' below are sent for your information/use:

  X    Notice of Appeal (for non-registered CM/ECF parties)

  X    Clerk's docket entries (for non-registered CM/ECF parties)

  ___   Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.) File electronically with district clerk or conventionally, if non-registered party.

  **Note: CJA24 forms must be submitted conventionally to the clerk's office**

  ___   Exhibits:

  ___   Trial/pre-trial exhibits were retained by the court and **if designated** will be forwarded by the clerk's office to the Court of Appeals.

  ___   Trial/pre-trial exhibits have been returned to counsel and appellant should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A.

  X    Other        IFP application due by 9/22/17

Douglas F. Young, Clerk