AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 25 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

Jacob Logan Stone )
_____ )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 09-20074
United States of America )
_____ )
*Defendant/Respondent* )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: MCFP Springfield, Missouri .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Not Applicable

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments    ☐ Yes   ☒ No
(e) Gifts, or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                 ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $1,247.16         .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Not Applicable

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Not Applicable

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Not Applicable

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Not Applicable

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9-18-17

Applicant's signature

Jacob Logan Stone
Printed name

## CERTIFICATE OF INMATE ACCOUNT AND ASSETS
(To be Completed by the Institution of Incarceration)

I certify that the applicant, _Jacob Logan Stone #09849-010_, has the sum of $ _106.35_ in his/her prisoner account at the institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution: _None_

I further certify that in the applicant's prisoner account: (a) The average monthly deposit was $ _334.07_ ; and (b) The average balance for the last six months was $ _87.69_.

Based on the above prisoner account information, I calculate that 20 percent of the greater of (a) or (b) above is $ _66.81_.

Signed this _15th_ day of _September_, 20 _17_.

_____
Authorized Officer of Institution

_MCFP Springfield, Missouri_
Name of Institution

# Inmate Statement



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | 09849010 | | | **Current Institution:** | Springfield MCFP | | |
| **Inmate Name:** | STONE, JACOB | | | **Housing Unit:** | SPG-V-A | | |
| **Report Date:** | 09/15/2017 | | | **Living Quarters:** | V01-005U | | |
| **Report Time:** | 12:06:46 PM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 9/14/2017 8:04:18 PM | TL0914 | | | TRUL Withdrawal | ($30.00) | | $106.35 |
| SPG | 9/13/2017 6:48:23 PM | 106 | | | Sales | ($86.65) | | $136.35 |
| SPG | 9/12/2017 7:03:38 PM | 33317255 | | | Western Union | $150.00 | | $223.00 |
| SPG | 9/12/2017 12:11:08 AM | | 1268 | | Outside Savings | ($100.00) | | $73.00 |
| SPG | 9/11/2017 4:41:22 PM | TL0911 | | | TRUL Withdrawal | ($2.00) | | $173.00 |
| SPG | 9/11/2017 3:29:44 PM | TL0911 | | | TRUL Withdrawal | $0.20 | | $175.00 |
| SPG | 9/11/2017 3:04:40 PM | TL0911 | | | TRUL Withdrawal | ($2.00) | | $174.80 |
| SPG | 9/11/2017 9:49:51 AM | TL0911 | | | TRUL Withdrawal | ($15.00) | | $176.80 |
| SPG | 9/8/2017 7:43:04 AM | SIPP0817 | | | Payroll - IPP | $19.20 | | $191.80 |
| SPG | 9/5/2017 5:04:24 PM | 18 | | | Sales | ($85.40) | | $172.60 |
| SPG | 9/4/2017 4:42:40 PM | TL0904 | | | TRUL Withdrawal | ($15.00) | | $258.00 |
| SPG | 9/4/2017 4:03:48 PM | 33317247 | | | Western Union | $200.00 | | $273.00 |
| SPG | 9/1/2017 6:28:01 PM | TL0901 | | | TRUL Withdrawal | ($2.00) | | $73.00 |
| SPG | 9/1/2017 12:00:59 PM | 2268 | | | SPO | | ($73.00) | -------- |
| SPG | 8/29/2017 6:51:43 PM | 144 | | | Sales | ($22.20) | | $75.00 |
| SPG | 8/29/2017 2:19:26 PM | 2193 | | | BP 199 Request - Released | | $44.85 | -------- |
| SPG | 8/29/2017 2:19:26 PM | 2193 | 1228 | | Bills | ($44.85) | | $97.20 |
| SPG | 8/25/2017 6:15:53 PM | TL0825 | | | TRUL Withdrawal | ($15.00) | | $142.05 |
| SPG | 8/22/2017 4:22:27 PM | 2193 | | | BP 199 Request | | ($44.85) | -------- |
| SPG | 8/22/2017 3:03:35 PM | 33317234 | | | Western Union | $150.00 | | $157.05 |
| SPG | 8/21/2017 11:36:36 AM | TFN0821 | | | Phone Withdrawal | ($2.00) | | $7.05 |
| SPG | 8/14/2017 2:54:36 PM | TL0814 | | | TRUL Withdrawal | ($15.00) | | $9.05 |
| SPG | 8/12/2017 12:11:20 AM | | 1158 | | Outside Savings | ($100.00) | | $24.05 |
| SPG | 8/10/2017 4:48:21 PM | TL0810 | | | TRUL Withdrawal | ($15.00) | | $124.05 |
| SPG | 8/9/2017 2:27:51 PM | TL0809 | | | TRUL Withdrawal | ($15.00) | | $139.05 |
| SPG | 8/8/2017 7:21:24 PM | 169 | | | Sales | ($113.15) | | $154.05 |
| SPG | 8/7/2017 6:27:54 AM | SIPP0717 | | | Payroll - IPP | $16.80 | | $267.20 |
| SPG | 8/6/2017 6:03:53 AM | 33317218 | | | Western Union | $250.00 | | $250.40 |
| SPG | 8/2/2017 7:35:23 PM | TL0802 | | | TRUL Withdrawal | ($15.00) | | $0.40 |
| SPG | 7/26/2017 12:16:33 PM | TL0726 | | | TRUL Withdrawal | ($15.00) | | $15.40 |
| SPG | 7/25/2017 5:54:00 PM | 86 | | | Sales | ($69.85) | | $30.40 |
| SPG | | 33317205 | | | Western Union | $100.00 | | $100.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 7/24/2017 6:04:46 AM | | | | | | |
| SPG | 7/21/2017 10:03:31 AM | TL0721 | | TRUL Withdrawal | ($5.00) | | $0.25 |
| SPG | 7/19/2017 7:58:35 PM | TL0719 | | TRUL Withdrawal | ($15.00) | | $5.25 |
| SPG | 7/12/2017 12:11:13 AM | | 1007 | Outside Savings | ($100.00) | | $20.25 |
| SPG | 7/10/2017 11:18:19 AM | 2 | | Sales | ($30.70) | | $120.25 |
| SPG | 7/9/2017 8:58:22 AM | TL0709 | | TRUL Withdrawal | ($15.00) | | $150.95 |
| SPG | 7/7/2017 1:52:02 PM | SIPP0617 | | Payroll - IPP | $18.48 | | $165.95 |
| SPG | 7/6/2017 6:39:44 PM | 116 | | Sales | ($87.55) | | $147.47 |
| SPG | 7/5/2017 2:58:56 PM | 1829 | | BP 199 Request - Released | | $14.95 | -------- |
| SPG | 7/5/2017 11:17:19 AM | 1829 | | BP 199 Request | | ($14.95) | -------- |
| SPG | 7/3/2017 4:41:17 PM | TL0703 | | TRUL Withdrawal | ($15.00) | | $235.02 |
| SPG | 7/3/2017 4:04:34 PM | 33317184 | | Western Union | $250.00 | | $250.02 |
| SPG | 6/16/2017 8:01:51 PM | TL0616 | | TRUL Withdrawal | ($10.00) | | $0.02 |
| SPG | 6/16/2017 3:37:45 PM | TL0616 | | TRUL Withdrawal | $1.40 | | $10.02 |
| SPG | 6/15/2017 1:35:23 PM | SICP0617 | | Inmate Co-pay | ($2.00) | | $8.62 |
| SPG | 6/13/2017 6:09:52 PM | 68 | | Sales | ($68.25) | | $10.62 |
| SPG | 6/12/2017 12:11:11 AM | | 888 | Outside Savings | ($100.00) | | $78.87 |
| SPG | 6/11/2017 9:05:21 AM | TL0611 | | TRUL Withdrawal | ($15.00) | | $178.87 |
| SPG | 6/9/2017 5:03:45 PM | 33317160 | | Western Union | $175.00 | | $193.87 |

1 2 3 4

**Total Transactions: 163**

Totals: $106.35 ($73.00)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $33.35 | $0.00 | $0.00 | $73.00 | $0.00 | $0.00 | $0.00 | $106.35 |
| **Totals:** | **$33.35** | **$0.00** | **$0.00** | **$73.00** | **$0.00** | **$0.00** | **$0.00** | **$106.35** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,004.40 | $2,040.25 | $87.69 | $273.00 | $121.26 | N/A | N/A |

9-18-17

Dear Clerk,

Please be advised the institution refused to sign the certificate. However, a copy showing statements, deposits & balances for the last six months is enclosed.

*[signature]*

Jacob Stone 09849-010
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
21 SEP 2017 PM 3 L

U.S. District Court
Attn: Clerk
30 South 6th St.
Room 1038
Fort Smith, AR 72901

72901-243763