IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                          PLAINTIFF

V.                                                    NO. 09-20074

JACOB LOGAN STONE                                                                              DEFENDANT

O R D E R

The Defendant has filed a Notice of Appeal (ECF No. 29) on September 5, 2017 and a Motion for Leave to Appeal In Forma Pauperis (ECF No. 31).

The Defendant's IFP application shows that he has access to over $1,247.16 in his checking/savings account and he also failed to disclose any interest he has in other property. (ECF No. 31, p. 2)

The Defendant's motion to proceed IFP is **DENIED**.

IT IS SO ORDERED this January 3, 2018.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
United States Magistrate Judge