U.S. COURT OF APPEALS – EIGHTH CIRCUIT

NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas – Fort Smith Division

Criminal Case Number: 2:09-cr-20074-001
USA v. Jacob Logan Stone

| | | |
|---|---|---|
| Financial Status: Fee Paid? | Yes ___ | No _X_ |
| If NO, has IFP been granted | Yes ___ | No _X_ |
| Is there a pending motion for IFP? | Yes ___ | No _X_ |
| Are there any other post - judgment motions? | Yes ___ | No _X_ |

Please identify the court reporter:

Rick Congdon
30 South 6th Street
Fort Smith, AR 72901
479-709-5470

If no court reporter, please check ___

**Criminal cases only:**

Is the defendant incarcerated?                Yes _X_   No ___

**Special Comments**: IFP denied 1/3/2018