```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA   )
           PLAINTIFF       )
                           )
VS.                        )   CASE NO: 2:09-CR-20074-PKH-1
                           )
JACOB LOGAN STONE          )
           DEFENDANT       )
```

**MOTION TO CLARIFY JUDGMENT AND SUPERVISED RELEASE CONDITION**

Comes now, the defendant, Jacob Logan Stone, pro se, requesting that this court clarify a condition of supervised release.

On July 13, 2010, defendant was convicted in this Court of Distribution of Visual Depictions Involving the Sexual Exploitation of Minors, 18 U.S.C. § 2252(a)(2). In the judgment and in the standard conditions of supervised release, it states "The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer."

The defendant is currently enrolled in correspondence courses while incarcerated. Upon release, he plans to continue his educational opportunities. In this day and age, many colleges and universities offer online courses, including the college in which the defendant is presently enrolled in Colorado.

The question before this court is, does the defendant have to register with officials in another jurisdiction if enrolled in an online program, despite the fact he will never physically make contact with any persons in that jurisdiction?

Respectfully submitted this 22nd day of January, 2018.

_[signature]_
Jacob Logan Stone
Register No. 09849-010
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

## CERTIFICATE OF SERVICE

On the 22nd day of January, 2018, the undersigned party served the attached Motion to Clarify Judgment and Supervised Release on the following parties via the court's CM/ECF filing system via the clerk of the court:

Deborah Groom, United States Attorney

Kyra E. Jenner, Assistant United States Attorney

Keith Michael Kannett, Counsel for Defendant

Jacob Logan Stone
Register No. 09849-010
MCFP Springfield
P.O. Box 4000
Sprignfield, MO 65801

Jacob Stone 09849-010
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
22 JAN 2018 PM 2 L

72901-243763

U.S. District Court
Attn: Clerk
30 S. 6th St.
Room 1038
Fort Smith, AR 72901