UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                          Case No. 2:09-CR-20074

JACOB LOGAN STONE                                                                               DEFENDANT

## ORDER

Before the Court is Defendant's motion to clarify judgment and supervised released condition. (Doc. 35). On July 16, 2010, Defendant was sentenced to 150 months of incarceration, and upon release from imprisonment, supervised released for life. (Doc. 19).

The Court has been informed that the United States Probation Office has spoken with Defendant and answered his question, and the United States Probation Office indicates that the matter has been resolved. Accordingly, the Court will deny Defendant's motion (Doc. 35) as moot.

IT IS THEREFORE ORDERED that Defendant's motion to clarify judgment and supervised released condition (Doc. 35) is DENIED.

IT IS SO ORDERED this 30th day of January, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE