March 28, 2018

United States District Court
30 South 6th Street
Room 1038
Fort Smith, AR 72901

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 0 2 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

Re: United States of America v. Jacob Logan Stone 2:09-CR-20074-PJH-001

Dear Clerk,

Around January of this year, you sent me a docket report due to a notice of appeal I had filed. I noticed the updated entries for the appeal and thought nothing of it.

By accident, I noticed that document 20 - Statement of Reasons has a notation that says "Modified on 10/14/2016 to attach document and edit text." as well as "Modified on 8/11/2017 to grant applicable access."

The second entry from 8/11/2017 was due to my notice of appeal, however, I never received any notification of the initial change to the document on 10/14/2016. There was no notification sent to me and the most recent docket activity prior to that date occurred nearly 19 months prior.

Due to the fact that my appeal from document 27 - Order denying Motion to Modify Conditions of Release specifically mentioning a part of my Statement of Reasons, I feel that I am entitled to some notice of what changes were made to this document.

Therefore, consider this letter as a motion for applicable access to my Statement of Reasons. However, due to the Bureau of Prison policy restricting inmates from possessing this document, I am requesting the court grant access to my mother, Marilyn Stone, who has power of attorney over me to receive this document and notify of the changes that were made or in the alternative, simply having the court provide some description of exactly what changes were made.

If the court does indeed grant access to my mother, the court can send it to her via the mailing address listed on the final page of the Statement of Reasons in Ozark, Arkansas, as that is still a valid mailing address.

Thank you,

Jacob Stone 09849-010
MCFP Springfield
PO Box 4000
Springfield, MO 65801

Jacob Stone 09849-010
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

RECEIVED
WD/AR
APR 02 2018
U.S. CLERK'S OFFICE

United States District Court
30 South 6th Street
Room 1038
Fort Smith, AR 72901

72901-243763

