UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 2:09-CR-20074

JACOB LOGAN STONE                                                                     DEFENDANT

## ORDER

The Court has received correspondence (Doc. 37) from Defendant Jacob Logan Stone. Mr. Stone notes changes were made to the docket text associated with document 20, the statement of reasons for his sentencing. In particular, the docket text reflects that document 20 was "[m]odified on 10/14/2016 to attach document and edit text," and was later "[m]odified on 8/11/2017 to grant applicable access." Mr. Stone correctly understands that the 2017 modification is related to his appeal, and was done to note that the Court of Appeals now has electronic access to his statement of reasons. Mr. Stone is curious about the 2016 modification, however. He asks that his mother be given access to the document or that the Court explain the modification.

At one time, the Clerk kept only physical copies of a Defendant's statement of reasons. The Court now allows a statement of reasons to be uploaded to the Court's electronic filing system, with access restricted. When Mr. Stone's statement of reasons was uploaded electronically on October 14, 2016, the Clerk's office noted that the entry was modified to attach the document. Because a document was now attached, the Clerk's office also deleted docket text that stated no document was attached, and made an entry that the docket text was edited.

Because this explanation should satisfactorily explain the 2016 modification to docket text, it is unnecessary to consider Mr. Stone's request that his mother to be given access to the statement of reasons.

IT IS SO ORDERED this 2nd day of April, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE