UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                             PLAINTIFF

v.                          Case No. 2:09-CR-20074

JACOB LOGAN STONE                                                                   DEFENDANT

## ORDER

Before the Court Defendant's second motion (Doc. 48) to modify the conditions of supervised release. The Court denied (Doc. 27) Defendant's first motion (Doc. 24) to modify the conditions of supervised release as premature because Defendant had not yet begun serving his term of supervised release. In that order, the Court noted that,

> [o]nce he is released to supervision, [Defendant] will meet with his assigned probation officer, and at that time, he should discuss with the officer any and all concerns he has regarding the conditions of supervised release. If, after that meeting with the officer, Mr. Stone still has concerns about the conditions of supervision that he feels require [modification] from the Court, he may file the appropriate motion.

(Doc. 27, p. 1). Defendant's motion represents that he is still incarcerated. Because Defendant has yet to begin his term of supervised release, he has had no opportunity to meet with the assigned probation officer and express the concerns outlined in his motion. The motion will be denied as premature.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 48) to modify the conditions of supervised release is DENIED.

IT IS SO ORDERED this 25th day of March, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE