IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS

FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 2 1 2020
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

JACOB LOGAN STONE, PETITIONER

VERSUS                                          CASE NO. 2:09-CR-20074-PKH

UNITED STATES OF AMERICA, RESPONDENT

**EMERGENCY MOTION FOR REDUCTION IN SENTENCE UNDER THE AUTHORITY OF 18 U.S.C. 3582(c)(1)(A)(i) DUE TO "EXTRAORDINARY OR COMPELLING REASONS" IN RESPONSE TO THE CORONAVIRUS PANDEMIC**

Comes now, Jacob Logan Stone, pro se Petitioner ("Stone") requesting that this court grant him time served on his sentence and immediate release from his imprisonment due to his extremely high risk of contracting and spreading the COVID-19 virus. In support of his request, Stone explains his reasoning.

**COVID-19 BACKGROUND**

1

Other studies have shown that "supraphysiologic doses of AAS with an intact steroid nucleus are immunosuppressive" and that "[s]everal common AAS have been shown to adversely influence lymphocyte differentiation and proliferation, [as well as] antibody production." (See "Anabolic Androgenic Steroids Effects on the Immune System: A Review" by Sonya Marshall-Gradisnik, et al. Published Online January 31, 2009. https://doi.org/10.2478/s11535-008-0058-x. Last Accessed May 8, 2020).

In another study, it was noted that "[a]nimal models indicate that anabolic steroids suppress the immune system, which could worsen infections." (See "Anabolic Steroid Effects on Immune Function: Differences Between Anaolgues" by Charles L. Mendenhall, et al. The Journal of Steroid Biochemistry and Molecular Biology. Volume 37, Issue 1, September 1990, Pages 71-76).

In addition, the prolonged use of various types of steroids can cause digestion issues as well. In 2017, Stone underwent a Nissan Fundoplication to correct gastrointestinal problems caused by indigestion. Stone also showed Barrett's changes that tested negative for cancer though. But, the use of steroids could have caused this problem as well.

There are several other reasons why Stone is at a higher risk for infection that the majority of individuals in society. First, Stone's prolonged use of both anabolic steroids and corticosteroids have been proven to weaken the immune system. Second, Stone is currently located at a prison medical center, which basically is a prison nursing home. Third, Stone suffers from hypertension and asthma, two illnesses that are made worse from COVID-19. Finally, while the majority of working inmates at the

In December 2019, scientists in Wuhan Province, China, began to see an increase of hospitalizations with pneumonia like systems of an unknown origin. It was discovered these symptoms were caused by a virus from the coronavirus family, similar to that of SARS or MERS. In Early 2020, the World Health Organization officially named the new virus COVID-19. Only a few months into 2020, the virus began to make its way to the United States and has exploded to over 1,000,000 cases and tens of thousands of deaths in the United States alone.

COVID-19 is a virus that attacks the ACE2 receptor protein. In the standard innate immune defense, the body releases "proteins called interferons that interfere with the virus's ability to replicate[.]"..."The innate immune response is behind many of the symptoms you experience when you're sick."..."A suppressed immune system can result in a weaker initial interferon response or a delayed antibody response, allowing the virus to spread from cell to cell relatively unchecked." (See https://elemental.medium.com/this-is-how-your-immune-system-reacts-to-coronavirus-cbf5271e530e. Last accessed May 8, 2020).

According to the Center for Disease Control ("CDC"), those at high-risk for severe illness from COVID-19 [include in part] people who live in a nursing home or long-term care facility [such as a prison medical center], people of all ages with underlying medical conditions, particularly if not well-controlled, including: people with chronic lung disease or moderate to severe asthma, people who have serious heart conditions [including hypertension], as well as people who are immunocompromised...[derived from]...prolonged use of corticosteroids and other immune weakening medications. (See "People Who

2

Are at a Higher Risk for Severe Illness" https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html. Last Accessed May 7, 2020).

## STONE'S MEDICAL HISTORY

According to the Federal Bureau of Prisons "Health Problems" printout, Stone suffers from numerous high-risk illnesses that are either affected by or exacerbated by COVID-19. These include hypertension, asthma, and eczema (atopic dermatitis), as well as previous problems such as polycythemia vera, acute upper respiratory infections, bacterial pneumonia and radiation sickness. (See attachment #1).

Stone is currently prescribed numerous medications for his health problems including Amlodipine for his hypertension, Albuterol for his asthma, as well as Triamcinolone and Desonide for his dermatitis. While the court may be familiar with hypertension and asthma, Stone would like to share a few details about polycythemia vera and eczema.

"Polycythemia vera is a rare, chronic blood cancer in which your body makes too many blood cells, which can lead to thicker blood flow, and an increased risk of blood clots and other serious complications." (https://www.takeactionpv.com. Last Accessed April 6, 2020).

3

"Eczema, or atopic dermatitis is an immunological disease, which means it involves the immune system. With atopic dermatitis, your immune system is highly sensitive." (https://www.eczemaexposed.com/understanding-eczema. Last Accessed April 6, 2020).

**ANALYSIS**

Stone believes that his polycythemia came from his prolonged use of anabolic steroids from 2004-2007. During that time, Stone discovered a website called the "Steroid Superboard" in which anabolic steroid advocates could communicate and share workout and drug tips, as well as buy and sell steroids on the black market. During that same time period, Stone, along with another individual, won a contest to design labels for the website owner for his products in exchange for providing free steroids to Stone and the other individual. Stone began to "cycle" on anabolic steroids including giving himself intramuscular injections of such drugs as testosterone propionate, testosterone decanoate, testosterone enanthate, nandrolone decanoate and several others, usually multiple times per week.

According to a study done by the Department of Rheumatic and Immunologic Disease and the Cleveland Clinic Foundation, they found that "serum immunoglobin levels, in particular IgA, were significantly (P less than 0.017) lower in the steroid using group. . . .These studies indicate that [in part] anabolic-androgenic steroid ("AAS") use as practiced by contemporary athletes is a potent modulator of immune responsiveness[.]" (See "The Effect of Anabolic Steroids and Strength Training". Medical Science Sports Exercise. 1989 Aug; 21(4): 386-92.

4

prison Stone is currently located at, the United States Medical Center for Federal Prisoners, have been "furloughed", Stone has been required to keep working.

Stone is employed in the food service warehouse and handles multiple daily deliveries from outside vendors and other prison facilities. In fact, in a recent lawsuit filed against FMC Devens, another Bureau of Prisons medical center, it stated in part that "prison medical centers [are] a potential powder keg of infection and death from COVID-19, to an even greater degree than nursing homes, cruise ships, and other prisons, sites of some of the most intense clusters of mortality in . . . the United States, and elsewhere in the world." (Citation unknown).

In addition to his job in the warehouse, Stone has assisted with the daily delivery of meals to each housing unit for at least the last 30 days, therefore increasing his risk of infection, as well as the risk of spreading infection to others. In another case filed in the Eastern District of New York, the BOP admitted those inmates [working] in a "high-contact role such as food service" are at a higher risk for infection than those in the general population. (Citation unknown).

The United States Medical Center for Federal Prisoners ("MCFP Springfield") is one of several prison medical centers operated by the Federal Bureau of Prisons. At MCFP Springfield, the population is split between care-level 3 and 4 inmates who are unable to function fully with daily activities and the work cadre units that assist these individuals. All of the inmates share communal facilities such as a dining hall, chapel, recreation, commissary, and so forth.

During that same time period, the number of cases in the United States grew from 772,524 to 1,263,224, a 63.5% increase. The BOP's growth rate was more than six times higher than that of the general population. (See https://www.worldmeters.info/coronavirus/country/us. Last accessed May 7, 2020. Also https://www.medicaleconomics.com/news/coronavirus-case-numbers-united-states-april-21-update. Last accessed May 8, 2020).

**EXHAUSTION OF REMEDIES**

Under 18 USC 3582(c)(1)(A)(i), "[t]he court may not modify a term of imprisonment once it has been imposed except that in any case the court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment..., after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that extraordinary and compelling reasons warrant such a reduction[.]"

On April 8, 2020, Stone submitted a request for compassionate release to the warden at MCFP Springfield. As of the date of this motion, the Director of the Bureau of Prisons has failed to bring a motion to this court on defendant's behalf. While Stone admits that he has not fully exhausted all his administrative rights, the statute specifically says after a "lapse of 30 days from the receipt of such a

8

There have been two recent decisions involving sex offenders being released from imprisonment early due to COVID-19. In *United States v Sawicz*, the defendant, convicted on child pornography charges and a supervised release violation, suffered from hypertension and was only months away from his home confinement eligibility date. "[T]he court acknowledged that [child pornography] is a serious charge and that [the defendant] has already violated one term of supervised release. However, that do[es] not justify keeping the defendant in prison amidst an outbreak of a potentially deadly virus to which he is particularly vulnerable." (*United States v Sawicz*, 08-cr-287 (EDNY Apr. 10, 2020). Stone's home confinement eligibility date has already passed months ago.

In the second case, in *United States v Curtis*, a defendant with multiple life sentences on child prostitution and pornography charges, was released early from MCFP Springfield due to his medical conditions and his rehabilitation efforts made while incarcerated. (See *United States v Curtis*, No. 03-533 (BAH), DDC Apr. 22, 2020). Stone in fact taught a good number of courses mentioned in that opinion directly to Mr. Curtis while he was at MCFP Springfield and even assisted him numerous times with his compassionate relief motions.

Second, upon his sentencing, the court notated in the Statement of Reasons (ECF No. 20) that the sentence imposed was not imposed to protect the public from further crimes of the defendant. In it, Judge Dawson felt that Stone had made poor choices and was not truly a monster, but did not some help. In fact, the closing of the sentencing stated that he would like to see Stone back as a member of society. Thus, by reducing Stone's sentence by a few months would not truly affect any factors under 3553(a).

## CONCLUSION

11

Respectfully submitted this 18 day of May, 2020.

*[signature]*

Jacob Logan Stone

Register No. 09849-010

MCFP Springfield

PO Box 4000

Springfield, MO 65801

## CERTIFICATE OF SERVICE

I, Jacob Logan Stone, hereby certify under penalty of perjury that a copy of this REDUCTION IN SENTENCE motion was sent, postage prepaid to the United States Attorney's Office, 414 Parker Avenue, Fort Smith, AR 72901 on the 18 day of May, 2020.

*[signature]*

Jacob Logan Stone

13

# ATTACHMENT 1

Bureau of Prisons
Health Services
Health Problems

Inmate Name: STONE, JACOB LOGAN
Reg #: 09849-010

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Hypertension, Benign Essential** | III | ICD-9 | 401.1 | 2013 | Current | 06/03/2019 |
| 11/13/2019 08:27 EST  Moose, S. MD | | | | | | |
|   on Lisinopril; | | | | | | |
|   11-16 EKG/CXR WNL; | | | | | | |
|   07-19 BMP WNL, FBS 84; | | | | | | |
|   11-19 DFE no Retinop. | | | | | | |
| 06/03/2019 10:57 EST  Moose, S. MD | III | ICD-9 | 401.1 | 2013 | Current | 06/03/2019 |
|   on Lisinopril; | | | | | | |
|   11-16 EKG/CXR WNL; | | | | | | |
|   08-17 BMP WNL; FBS/A1c 86/5.1; | | | | | | |
|   11-18 DFE no retinop. | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 401.1 | 06/24/2013 | Resolved | 05/28/2019 |
| 08/28/2017 10:43 EST  Wells, Brenda MD | III | ICD-9 | 401.1 | 06/24/2013 | Remission | 08/28/2017 |
| 06/24/2013 08:15 EST  Galante, Gaeton PA-C | III | ICD-9 | 401.1 | 06/24/2013 | Current | 06/24/2013 |
| **Asthma, unspecified** | III | ICD-9 | 493.90 | Unknown | Current | 10/16/2015 |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 493.90 | 10/16/2015 | Current | 10/16/2015 |
|   mild int. on PRN Albuterol | | | | | | |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 493.90 | 10/16/2015 | Current | 10/16/2015 |
|   using albuterol daily, will add mometasone | | | | | | |
| 10/16/2015 15:06 EST  Savant, Theresa FNP | | | | | | |
|   states 'allergy testing' as child, has improved with PRN albuterol use, but using 2-3x/week, does not require maintenance medication at this time. | | | | | | |
| Obesity | | ICD-10 | E669 | 05/31/2019 | Current | |
| 05/31/2019 11:39 EST  Moose, S. MD | | | | | | |
|   05-19 179# BMI 30.7; | | | | | | |
|   Ht 64" | | | | | | |
| Unspecified Depressive Disorder | I | DSM-IV | F32.9*b | 04/04/2017 | Current | |
| 04/04/2017 15:00 EST  Sarrazin, Robert MD | | | | | | |
| **Dermatitis, unspecified** | | ICD-10 | L309 | 11/25/2019 | Current | |
| 11/25/2019 15:46 EST  Gardner, Thomas APRN-C | | | | | | |
| Encounter for general adult medical exam without abnormal findings | | ICD-10 | Z0000 | 2017 | Current | |
| 11/13/2019 08:27 EST  Moose, S. MD | | | | | | |

Bureau of Prisons - SPG

Reg #: 09849-010          Inmate Name:  STONE, JACOB LOGAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 07-19 TC 175 HDL 42 LDL 104 R3.4; 10y-risk <1% | | | | | | |
| 06/03/2019 10:57 EST  Moose, S. MD | | | | | | |
| 08-17 TC 159 HDL 54 LDL 88 R2.9; 10-risk <1% | | | | | | |
| **Disorder of the skin, subcutaneous tissue related to radiation** | | ICD-10 | Z0000 | 2017 | Current | 10/09/2019 |
| 10/09/2019 14:24 EST  Gardner, Thomas APRN-C | | | | | | |
| 09-19 Dermatitis: TAC cream Rx | | | | | | |
| 10/04/2019 12:46 EST  Moose, S. MD | | ICD-10 | L599 | 09/25/2019 | Remission | |
| 09-19 Dermatitis: TAC cream Rx | | | | | | |
| 09/25/2019 14:29 EST  Gardner, Thomas APRN-C | | ICD-10 | L599 | 09/25/2019 | Current | |
|  | | ICD-10 | L599 | 09/25/2019 | Current | |
| **Dermatophytosis groin & perianal (Tinea cruris)** | | | | | | |
| 08/28/2017 10:43 EST  Wells, Brenda MD | III | ICD-9 | 110.3 | 08/20/2012 | Resolved | 08/28/2017 |
| 08/20/2012 09:13 EST  Fletcher, Kenneth APRN, ANP-C | III | ICD-9 | 110.3 | 08/20/2012 | Current | 08/20/2012 |
| **Polycythemia, secondary** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 289.0 | 01/13/2015 | Resolved | 05/28/2019 |
| 08/28/2017 10:43 EST  Wells, Brenda MD | III | ICD-9 | 289.0 | 01/13/2015 | Remission | 08/28/2017 |
| 01/13/2015 10:07 EST  Joubert, Ava MD,DrPH | III | ICD-9 | 289.0 | 01/13/2015 | Current | 01/13/2015 |
| **Bipolar I DO, most recent episode mixed** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | I | ICD-9 | 296.6 | 08/06/2010 | Resolved | 05/28/2019 |
| 08/05/2016 18:11 EST  Savant, Theresa FNP | I | ICD-9 | 296.6 | 08/06/2010 | Current | 08/05/2016 |
| 06/30/2011 13:56 EST  Palispis, G. R. MD | III | ICD-9 | 296.6 | 08/06/2010 | Resolved | 06/30/2011 |
| 08/06/2010 14:16 EST  Shalabi, R. MLP | III | ICD-9 | 296.6 | 08/06/2010 | Current | 08/06/2010 |
| **Obstructive sleep apnea** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 327.23 | 10/28/2015 | Resolved | 05/28/2019 |
| 08/28/2017 10:43 EST  Wells, Brenda MD | III | ICD-9 | 327.23 | 10/28/2015 | Remission | 08/28/2017 |
| 10/28/2015 08:10 EST  Savant, Theresa FNP | III | ICD-9 | 327.23 | 10/28/2015 | Current | 10/28/2015 |
| **Myopia** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 367.1 | 08/13/2015 | Resolved | 05/28/2019 |
| 08/13/2015 15:48 EST  Nwafor, Shamekia OD | III | ICD-9 | 367.1 | 08/13/2015 | Current | 08/13/2015 |
| **Astigmatism, unspecified** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 367.20 | 08/13/2015 | Resolved | 05/28/2019 |
| 08/13/2015 15:48 EST  Nwafor, Shamekia OD | III | ICD-9 | 367.20 | 08/13/2015 | Current | 08/13/2015 |

Generated 03/03/2020 08:08 by Anand, T MRAS     Bureau of Prisons - SPG     Page 2 of 6

Reg #: 09849-010                    Inmate Name: STONE, JACOB LOGAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Impacted cerumen** | | | | | | |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 380.4 | 02/25/2014 | Resolved | 05/17/2016 |
| 02/25/2014 09:08 EST  Crenshaw, Louis NP | III | ICD-9 | 380.4 | 02/25/2014 | Current | 02/25/2014 |
| **Acute serous otitis media** | | | | | | |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 381.01 | 11/17/2015 | Resolved | 05/17/2016 |
| 11/17/2015 11:20 EST  Harvey, R. PA-C | III | ICD-9 | 381.01 | 11/17/2015 | Current | 11/17/2015 |
| **Acute upper respiratory infection of unspec site** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 465.9 | 02/11/2014 | Resolved | 01/29/2015 |
| 01/29/2015 11:51 EST  Soileau, Lisa RN IOP/IDC | III | ICD-9 | 465.9 | 02/11/2014 | Resolved | 01/29/2015 |
| 02/11/2014 11:45 EST  Crenshaw, Louis NP | III | ICD-9 | 465.9 | 02/11/2014 | Current | 02/11/2014 |
| **Rhinitis, chronic** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 472.0 | 07/10/2015 | Resolved | 05/28/2019 |
| 08/28/2017 10:44 EST  Wells, Brenda MD | III | ICD-9 | 472.0 | 07/10/2015 | Remission | 08/28/2017 |
| 07/10/2015 11:08 EST  Savant, Theresa FNP | III | ICD-9 | 472.0 | 07/10/2015 | Current | 07/10/2015 |
| **Pneumonia, bacterial, unspecified** | | | | | | |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 482.9 | 07/10/2015 | Resolved | 05/17/2016 |
| 07/10/2015 10:58 EST  Savant, Theresa FNP | III | ICD-9 | 482.9 | 07/10/2015 | Current | 07/10/2015 |
| **Dental caries, unspecified** | | | | | | |
| 05/22/2019 09:36 EST  Nelson, A. DDS, FAGD | III | ICD-9 | 521.00 | 04/17/2013 | Resolved | 05/22/2019 |
| 05/13/2019 14:00 EST  Nelson, A. DDS, FAGD | III | ICD-9 | 521.00 | 04/17/2013 | Current | 04/17/2013 |
| 04/17/2013 12:02 EST  Bacon, Richard E. DDS   possibility of irreversible pulpitis | III | ICD-9 | 521.00 | 04/17/2013 | Current | 04/17/2013 |
| **Pulpitis** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.0 | 04/19/2011 | Resolved | 04/19/2011 |
| 04/19/2011 09:54 EST  Bacon, Richard E. DDS | III | ICD-9 | 522.0 | 04/19/2011 | Resolved | 04/19/2011 |
| **Pulpitis** | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 522.0 | 11/10/2010 | Resolved | 05/28/2019 |
| 09/27/2013 09:42 EST  Beasley, Steve DDS | III | ICD-9 | 522.0 | 11/10/2010 | Remission | 09/27/2013 |
| 11/10/2010 15:21 EST  Bacon, Richard E. DDS | III | ICD-9 | 522.0 | 11/10/2010 | Current | 11/10/2010 |
| **Esophageal reflux** | | | | | | |
| 04/12/2017 09:58 EST  Mouser, Katherine MPAS/PA--C   large hiatal hernia, negative for metaplasia or Barrett's, 3-8-16: 3/8/17 Nissen fundoplication | III | ICD-9 | 530.81 | 05/07/2012 | Resolved | 04/12/2017 |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 530.81 | 05/07/2012 | Current | 05/07/2012 |

Reg #: 09849-010         Inmate Name:   STONE, JACOB LOGAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| large hiatal hernia, negative for metaplasia or Barrett's, 3-8-16 | | | | | | |
| 03/22/2016 09:10 EST  Savant, Theresa FNP | III | ICD-9 | 530.81 | 05/07/2012 | Current | 05/07/2012 |
| large hiatal hernia with Barrett's changes, 3-8-16 | | | | | | |
| 05/07/2012 08:21 EST  Fletcher, Kenneth APRN, ANP-C | III | ICD-9 | 530.81 | 05/07/2012 | Current | 05/07/2012 |
| Dermatitis/eczema due to unspecified cause | | | | | | |
| 04/17/2018 10:35 EST  Rao, Samina PA | III | ICD-9 | 692.9 | 05/23/2011 | Resolved | 04/17/2018 |
| 05/23/2011 08:57 EST  Shalabi, R. MLP | III | ICD-9 | 692.9 | 05/23/2011 | Current | 05/23/2011 |
| Corns and callosities | | | | | | |
| 05/28/2019 15:49 EST  Moose, S. MD | III | ICD-9 | 700 | 11/25/2014 | Resolved | 05/28/2019 |
| plantar wart, right ball of foot | | | | | | |
| 08/28/2017 10:44 EST  Wells, Brenda MD | III | ICD-9 | 700 | 11/25/2014 | Remission | 08/28/2017 |
| plantar wart, right ball of foot | | | | | | |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 700 | 11/25/2014 | Current | 11/25/2014 |
| plantar wart, right ball of foot | | | | | | |
| 11/25/2014 10:03 EST  Galante, Gaeton PA-C | III | ICD-9 | 700 | 11/25/2014 | Current | 11/25/2014 |
| Hand, Pain in joint | | | | | | |
| 08/28/2017 10:44 EST  Wells, Brenda MD | III | ICD-9 | 719.44 | 11/10/2015 | Resolved | 08/28/2017 |
| 11/10/2015 09:11 EST  Thomas, Mary FNP-C | III | ICD-9 | 719.44 | 11/10/2015 | Current | 11/10/2015 |
| Rash and other nonspecific skin eruption | | | | | | |
| 08/28/2017 10:44 EST  Wells, Brenda MD | III | ICD-9 | 782.1 | 02/25/2014 | Resolved | 08/28/2017 |
| 02/25/2014 09:08 EST  Crenshaw, Louis NP | III | ICD-9 | 782.1 | 02/25/2014 | Current | 02/25/2014 |
| Throat pain | | | | | | |
| 08/05/2016 18:11 EST  Savant, Theresa FNP | III | ICD-9 | 784.1 | 04/20/2015 | Resolved | 08/05/2016 |
| 04/21/2015 10:21 EST  Thomas, Mary FNP-C | III | ICD-9 | 784.1 | 04/20/2015 | Current | 04/20/2015 |
| Cough | | | | | | |
| 05/17/2016 14:28 EST  Savant, Theresa FNP | III | ICD-9 | 786.2 | 07/10/2015 | Resolved | 05/17/2016 |
| 07/10/2015 10:58 EST  Savant, Theresa FNP | III | ICD-9 | 786.2 | 07/10/2015 | Current | 07/10/2015 |
| Deferred | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | II | ICD-9 | Axis II: | 01/13/2011 | Resolved | 06/30/2011 |
| 06/30/2011 13:56 EST  Palispis, G. R. MD | III | ICD-9 | Axis II: | 01/13/2011 | Resolved | 06/30/2011 |
| 01/13/2011 08:31 EST  Shalabi, R. MLP | III | ICD-9 | Axis II: | 01/13/2011 | Current | 01/13/2011 |
| Psychosocial and environmental problems | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | IV | ICD-9 | Axis IV | 01/13/2011 | Resolved | 06/30/2011 |
| 06/30/2011 13:56 EST  Palispis, G. R. MD | III | ICD-9 | Axis IV | 01/13/2011 | Resolved | 06/30/2011 |
| 01/13/2011 08:31 EST  Shalabi, R. MLP | III | ICD-9 | Axis IV | 01/13/2011 | Current | 01/13/2011 |
| Major depressive disorder, recurrent | | | | | | |

Generated 03/03/2020 08:08 by Anand, T MRAS    Bureau of Prisons - SPG    Page 4 of 6

Inmate Name: STONE, JACOB LOGAN

Reg #: 09849-010

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 05/28/2019 15:49 EST Moose, S. MD | | ICD-10 | F339 | 08/05/2016 | Resolved | 05/28/2019 |
| 08/05/2016 18:11 EST Savant, Theresa FNP | | ICD-10 | F339 | 08/05/2016 | Current | |
| GAF 71 - 100 | V | ICD-9 | G4 | 01/13/2011 | Resolved | 06/30/2011 |
| 02/23/2016 07:20 EST SYSTEM | III | ICD-9 | G4 | 01/13/2011 | Resolved | 06/30/2011 |
| 06/30/2011 13:56 EST Palispis, G. R. MD | III | ICD-9 | G4 | 01/13/2011 | Current | 01/13/2011 |
| 01/13/2011 08:31 EST Shalabi, R. MLP | | | | | | |
| Impacted cerumen | | ICD-10 | H6120 | 09/11/2018 | Resolved | 05/28/2019 |
| 05/28/2019 15:49 EST Moose, S. MD | | ICD-10 | H6120 | 09/11/2018 | Current | |
| 09/11/2018 10:47 EST Rao, Samina PA | | | | | | |
| Asthma | | ICD-10 | J45909 | 05/17/2016 | Resolved | 05/28/2019 |
| 05/28/2019 15:49 EST Moose, S. MD | | | | | | |
|   duplicate dx | | ICD-10 | J45909 | 05/17/2016 | Remission | 08/06/2018 |
| 08/06/2018 15:58 EST Satterly, Thomas D.O. | | | | | | |
|   duplicate dx | | ICD-10 | J45909 | 05/17/2016 | Resolved | 05/17/2016 |
| 05/17/2016 14:28 EST Savant, Theresa FNP | | | | | | |
|   duplicate dx | | | | | | |
| Diaphragmatic hernia | | ICD-10 | K449 | 03/08/2016 | Resolved | 08/28/2017 |
| 08/28/2017 10:44 EST Wells, Brenda MD | | | | | | |
|   hiatal hernia, dx by endoscopy | | ICD-10 | K449 | 03/08/2016 | Current | |
| 08/05/2016 18:20 EST Savant, Theresa FNP | | | | | | |
|   hiatal hernia, dx by endoscopy | | | | | | |
| Cough | | ICD-10 | R05 | 02/08/2017 | Resolved | 08/28/2017 |
| 08/28/2017 10:44 EST Wells, Brenda MD | | ICD-10 | R05 | 02/08/2017 | Current | |
| 02/08/2017 17:28 EST Khan, Zafar PA | | | | | | |
| Diarrhea, unspecified | | ICD-10 | R197 | 04/17/2018 | Resolved | 05/28/2019 |
| 05/28/2019 15:49 EST Moose, S. MD | | ICD-10 | R197 | 04/17/2018 | Current | |
| 04/17/2018 10:35 EST Rao, Samina PA | | | | | | |
| Rash and other nonspecific skin eruption | | ICD-10 | R21 | 01/03/2017 | Resolved | 04/17/2018 |
| 04/17/2018 10:35 EST Rao, Samina PA | | ICD-10 | R21 | 01/03/2017 | Current | |
| 01/03/2017 22:29 EST Khan, Zafar PA | | | | | | |
| Injury of abdomen | | ICD-10 | S3991X | 06/21/2017 | Resolved | 08/28/2017 |
| 08/28/2017 10:45 EST Wells, Brenda MD | | | | | | |
|   MUSCLE STRAIN. | | ICD-10 | S3991X | 06/21/2017 | Current | |
| 06/21/2017 16:18 EST Khan, Zafar PA | | | | | | |
|   MUSCLE STRAIN. | | | | | | |
| Examination of eyes and vision | | | | | | |

Bureau of Prisons - SPG

Page 5 of 6

Generated 03/03/2020 08:08 by Anand, T MRAS

Reg #: 09849-010　　　　Inmate Name: STONE, JACOB LOGAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 05/28/2019 15:49 EST Moose, S. MD<br>　No Hypertensive Retinopathy noted OU | III | ICD-9 | V72.0 | 08/13/2015 | Resolved | 05/28/2019 |
| 08/13/2015 15:48 EST Nwafor, Shamekia OD<br>　No Hypertensive Retinopathy noted OU | III | ICD-9 | V72.0 | 08/13/2015 | Current | 08/13/2015 |
| Encounter for screening for dental disorders | | | | | | |
| 05/08/2017 14:05 EST Nelson, A. DDS, FAGD | | ICD-10 | Z1384 | 05/08/2017 | Resolved | 05/08/2017 |

Total: 41



Jacob Stone 09849-010
US Medical Center for Federal Prisoners
PO Box 4000
Springfield, MO 65801

United States District Court
30 S. Sixth Street
Room 1038
Fort Smith, AR 72901