IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISRICT OF ARKANSAS
FORT SMITH DIVISION

Jacob Logan Stone,  )
      Petitioner  )
     versus  )  Case No. 2:09-CR-20074-PKH
United States of America,  )
      Respondent  )

## ADDITIONAL INFORMATION IN SUPPORT OF EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Comes now, Jacob Logan Stone, pro se Petitioner ("Stone") providing this court with additional information regarding his request for emergency compassionate release. Stone asserts that after submitting his previous motion, he discovered additional evidence in support of why exhaustion of his remedies would be futile.

In United States v Lemarcus Kelly, filed in the Southern District of Mississippi, the court first looked at whether the First Step Act's exhaustion requirements are jurisdictional.[1]

"Exhaustion requirements can either be (1) jurisdictional, meaning the rule 'governs a court's adjudicatory capacity, that is, its subject-matter or personal

jurisdiction,' or (2) 'a [c]laims-processing rule[], which are' rules 'requiring that a party take certain procedural steps at certain specified times.'"

When looking at the text of 18 USC 3582, the court indicated in Kelly that the language "does not clearly state[] that the exhaustion requirement was jurisdictional. The court indicated that the provision does not speak in jurisdictional terms or refer in any way to the jurisdiction of the district courts. Because of this, the language of 3582(c)(1)(A) did not provide a clear indication that Congress intended the provision to be jurisdictional and [the Southern District of Mississippi] determined that 3582(c)(1)(A)'s exhaustion requirement was a non-jurisdictional claims-processing rule.

The court also indicated that 3582(c)(1)(A)'s exhausting requirement was not mandatory, but one of two ways that a person could get into court. They also went on to note that there were equitable exceptions available as well. Because 3582(c)(1)(A) has "two avenues of relief," that meant that it had an administrative exhaustion requirement and a timeliness statute and that "equitable exceptions plainly apply to the latter."

The court noted that "[i]n these situations, other courts have applied the 'equitable tolling' standard given Section 3582(c)(1)(A) has the features of a

timeliness statute." "For this narrow exception to apply, a plaintiff must show '(1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way and prevented timely filing.'" Sandoz v Cingular Wireless, L.L.C., 700 F. App'x 317, 320 (5th Cir. 2017).

In Kelly's case, the court found [Kelly] had met both elements. He had begun the administrative process to request relief and was denied at the first stage. He appealed the decision and was still awaiting a decision from the Warden. In Stone's case, he began the administrative remedy process and was denied by the Warden of May 1, 2020 (see Attachment #1). He appealed to the Regional Office and it was filed on May 11, 2020, with a request for an extension until July 10, 2020 (see Attachment #2).

The court determined that Kelly had diligently pursued his rights. The court also went on to note that COVID-19 was an "extraordinary circumstance" that prevented [Kelly] from a timely filing.

As Stone noted in his original motion, although the BOP had a minimum of 70 days to respond to his BP-9 denial, they would likely ask for an extension. Stone submitted his BP-10 in the mail on May 7, 2020. It was shown filed with the regional office on



May 11, 2020 and an extension was immediately granted until July 10, 2020, as notated in attachment #2. Stone received the receipts for the filing and extension on May 14, 2020.

It took seven days to mail, file, and return a receipt to Stone in a location that is only a few hours away; the delay in mailing to Washington, D.C., would be at least this, if not longer. So assuming that Stone were to get an answer and receive it no later than July 13, 2020 (assuming a three-day mailing time) and Stone immediately dropped the BP-11 in the mail the following day, the BP-11 could be expected to be filed on July 20, 2020, assuming a five-day mailing period and taking the weekend into account.

Based on the rules of 28 CFR 542.18 the Central Office would have at a minimum of 40 days to respond, thus making the response due by September 5, 2020, eight days after Stone's current release date. Therefore, exhaustion would be futile for certain point since Stone cannot completely exhaust his remedies prior to his release.

(1) United States v. Kelly, (No. 3:13-CR-59-CWR-LRA-2) (S.D. Miss., May 1, 2020)

CONCLUSION

Therefore, Stone requests once again that this court grant his emergency motion for compassionate release and all relief requested in his original motion.

Respectfully submitted this 19th day of May, 2020.

Jacob Logan Stone
Register No. 09849-010
MCFP Springfield
PO Box 4000
Springfield, MO 65801



Attachment

#1

## REQUEST FOR ADMINISTRATIVE REMEDY

**PART B – RESPONSE**                     **BP-9 NO.: 1015642-F1**

This response addresses your Request for an Administrative Remedy No. 1015642-F1. You are requesting your Reduction in Sentence application be granted.

The Cadre Unit Team has conducted a review of this matter. The review revealed you applied for RIS under the debilitated criteria, specifically due to potential exposure to COVID-19. The policy states debilitated medical criteria may be given to inmates who have an incurable, progressive illness or who have suffered a debilitating injury from which they will not recover. This assessment should include the following:

- Is the inmate completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed or chair.
- Is the inmate capable of only limited self-care and is confined to a bed or chair more than 50% of waking hours.
- What is the inmate's degree of functional impairment (use of an assisted device, able to attend mainline, assistance with ADLs).

You do not meet the criteria for consideration of RIS and your concern of being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Based on our review, this response to your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may submit an appeal on the appropriate form to the Regional Director, North Central Regional Office, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received in the Regional Director's Office within 20 calendar days from the date of this response.

5/1/20
Date

M. D. Smith,  Warden
USMCFP Springfield

Rcvd
5/6/2020



Attachment

# 2

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MAY 13, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : JACOB LOGAN STONE, 09849-010
      SPRINGFIELD USMCFP     UNT: WORK CADRE     QTR: W01-072L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID        : 1015642-R1
DATE RECEIVED    : MAY 11, 2020
RESPONSE DUE     : JULY 10, 2020
SUBJECT 1        : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2        :

Attachment

# 3



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STONE, JACOB LOGAN  09849-010

SEQUENCE: 01626573
Team Date: 04-07-2020

| | | | |
|---|---|---|---|
| Facility: | SPG SPRINGFIELD USMCFP | Proj. Rel. Date: | 08-28-2020 |
| Name: | STONE, JACOB LOGAN | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 09849-010 | DNA Status: | OAK02529 / 06-17-2011 |
| Age: | 35 | | |
| Date of Birth: | 10-26-1984 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SPG | ADMIN F/S | FS - ADMIN | 08-30-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SPG | ESL HAS | ENGLISH PROFICIENT | 08-09-2010 |
| SPG | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-17-2010 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SPG CAD | C | HEALTH FAIR SEMINARS | 09-24-2019 | 09-24-2019 |
| SPG CAD | C | RPP#1 NUTRITION MADE CLEAR | 10-01-2019 | 10-30-2019 |
| SPG CAD | C | RPP#1 INTRODUCTION TO WELLNESS | 10-01-2019 | 10-30-2019 |
| SPG CAD | C | STRESSORS AND YOUR HEALTH 2 | 10-01-2019 | 10-30-2019 |
| SPG CAD | C | STRESS AND YOUR BODY | 09-10-2019 | 10-01-2019 |
| SPG CAD | C | RPP#1 NEW PYRAMID NUTRITION | 09-10-2019 | 10-01-2019 |
| SPG CAD | C | HEALTH FAIR SEMINARS | 09-28-2019 | 10-21-2019 |
| SPG CAD | C | RPP2 INFORMATION MOCK JOB FAIR | 09-12-2019 | 09-12-2019 |
| SPG CAD | C | RPP#1 EATING FOR FUTURE 4H CLS | 08-06-2019 | 08-31-2019 |
| SPG CAD | C | EXERCISE SCIENCE 7WK CLASS | 08-06-2019 | 08-31-2019 |
| SPG CAD | C | HOW WE FAIL, HOW WE HEAL PART1 | 08-06-2019 | 08-31-2019 |
| SPG CAD | C | 1960S SPACE RAACE AND COLD WAR | 06-20-2019 | 06-28-2019 |
| SPG CAD | C | RPP#1STAYING FIT AS U AGE PT 2 | 07-09-2019 | 07-30-2019 |
| SPG CAD | C | RPP#1 STAYING FIT AS YOU AGE | 06-05-2019 | 07-27-2019 |
| SPG CAD | C | CHG BODY COMP DIET & EXERCISE | 06-04-2019 | 07-27-2019 |
| SPG CAD | C | FOOD SCIENCE AND HUMAN BODY | 06-05-2019 | 07-27-2019 |
| SPG CAD | C | MONEY MANAGEMENT SKILLS ACE | 05-01-2019 | 05-16-2019 |
| SPG CAD | C | RPP#1 INTRODUCTION TO WELLNESS | 05-02-2019 | 05-30-2019 |
| SPG CAD | C | MUSCULOSKELETAL CLASS | 05-02-2019 | 05-30-2019 |
| SPG CAD | C | PEDOMETER & HEART RATE | 04-09-2019 | 04-30-2019 |
| SPG CAD | C | RPP#1 DISEASE PREVENTION | 04-09-2019 | 04-30-2019 |
| SPG CAD | C | THE NERVOUS SYSTEM | 03-05-2019 | 03-31-2019 |
| SPG CAD | C | RPP#1 HEART HEALTHY LIFESTYLE | 03-05-2019 | 03-31-2019 |
| SPG CAD | C | CARDIO AND RESP SYSTEMS | 02-05-2019 | 02-28-2019 |
| SPG CAD | C | RPP#1 U R WHAT YOU EAT | 02-05-2019 | 02-28-2019 |
| SPG CAD | C | YOGA FOR HEALTHY MIND AND BODY | 01-08-2019 | 01-30-2019 |
| SPG CAD | C | RPP#1 VITAMINS AND MINERALS | 01-08-2019 | 01-30-2019 |
| SPG CAD | C | RPP6 CRIMINAL THINKING-PSYCH | 11-20-2018 | 01-15-2019 |
| SPG CAD | C | LEXIS NEXIS LAW LIBRARY ACE | 12-05-2018 | 12-07-2018 |
| SPG CAD | C | EXERCISE PHYSIOLOGY 11 | 12-04-2018 | 12-30-2018 |
| SPG CAD | C | PRECALCULUS AND TRIGONOMETRY | 10-15-2018 | 10-25-2018 |
| SPG CAD | C | GUIDE TO SALES & ADVERTISING | 10-22-2018 | 10-31-2018 |
| SPG CAD | C | RPP#5 CMC RELEASE PLANNING | 12-18-2018 | 12-18-2018 |
| SPG CAD | C | RPP#4 USPO/RRC RELEASE CLASS | 12-18-2018 | 12-18-2018 |
| SPG CAD | C | RPP#1 BASIC PHYSIOLOGY OF TRNG | 11-06-2018 | 11-30-2018 |
| SPG CAD | C | HOW WE FAIL, HOW WE HEAL PART2 | 11-06-2018 | 11-30-2018 |
| SPG CAD | C | INTRO TO HOBBYCRAFTS | 10-25-2018 | 11-14-2018 |



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

SEQUENCE: 01626573

Dept. of Justice / Federal Bureau of Prisons

Team Date: 04-07-2020

Plan is for inmate: STONE, JACOB LOGAN   09849-010

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| SPG CAD | C | PINCH & COIL POTTERY BY HAND | 10-29-2018 | 11-11-2018 |
| SPG CAD | C | INTRO TO OIL PASTEL DRAWING | 10-29-2018 | 11-11-2018 |
| SPG CAD | C | HOBBYCRAFT CROCHETING CLASS | 10-29-2018 | 11-11-2018 |
| SPG CAD | C | CARD MAKING BASICS | 10-29-2018 | 11-11-2018 |
| SPG CAD | C | STRESSORS AND YOUR HEALTH 2 | 10-09-2018 | 10-26-2018 |
| SPG CAD | C | BEGINNING TYPING CLASS | 07-03-2018 | 11-01-2018 |
| SPG CAD | C | RPP 6, ANGER MGMT. PSYCH CLASS | 10-26-2018 | 10-26-2018 |
| SPG CAD | C | BUSINESS MATHEMATICS | 08-01-2018 | 08-31-2018 |
| SPG CAD | C | HEALTH FAIR SEMINARS | 09-26-2018 | 09-27-2018 |
| SPG CAD | C | RPP#1STAYING FIT AS U AGE PT 2 | 09-04-2018 | 09-30-2018 |
| SPG CAD | C | CHG BODY COMP DIET & EXERCISE | 09-04-2018 | 09-30-2018 |
| SPG CAD | C | INTERLIBRARY LOAN CLASS | 09-05-2018 | 10-11-2018 |
| SPG CAD | C | CARD MAKING BASICS | 08-30-2018 | 09-03-2018 |
| SPG CAD | C | FOOD SCIENCE AND HUMAN BODY | 08-07-2018 | 08-31-2018 |
| SPG CAD | C | HOME MAINTENANCE REPAIR | 04-05-2018 | 08-07-2018 |
| SPG CAD | C | RPP#1 VITAMINS AND MINERALS | 05-08-2018 | 05-30-2018 |
| SPG CAD | C | RPP#1 U R WHAT YOU EAT | 07-03-2018 | 07-30-2018 |
| SPG CAD | C | STRESS AND YOUR BODY | 06-05-2018 | 06-30-2018 |
| SPG CAD | C | WEIGHT LOSS 12 WEEK PGM | 03-06-2018 | 03-30-2018 |
| SPG CAD | C | LEARNING SPANISH PART 6 | 05-17-2018 | 05-30-2018 |
| SPG CAD | C | BEGINNERS GUITAR CLASS | 06-05-2018 | 06-26-2018 |
| SPG CAD | C | CROSSSTITCHING CLASS | 06-23-2018 | 07-07-2018 |
| SPG CAD | C | MONEY MANAGEMENT SKILLS ACE | 05-01-2018 | 05-16-2018 |
| SPG CAD | C | LEARNING SPANISH PART 4 | 04-16-2018 | 04-27-2018 |
| SPG CAD | C | RPP6 SET AND ACHIEVE GOALS | 04-23-2018 | 04-26-2018 |
| SPG CAD | C | RPP2 INFORMATION MOCK JOB FAIR | 05-15-2018 | 05-15-2018 |
| SPG CAD | W | CINEMATOGRAPHY CLASS LEISURE | 03-29-2018 | 04-30-2018 |
| SPG CAD | C | COMMERCIAL DRIVERS LICENSE ACE | 02-12-2018 | 02-22-2018 |
| SPG CAD | C | RPP#1 NUTRITION MADE CLEAR | 03-06-2018 | 03-27-2018 |
| SPG CAD | C | LEXIS NEXIS LAW LIBRARY ACE | 03-06-2018 | 03-08-2018 |
| SPG CAD | W | APPRENTICSHIP DOG TAINING | 09-07-2017 | 02-16-2018 |
| SPG CAD | C | RPP#1 DISEASE PREVENTION | 01-09-2018 | 01-30-2018 |
| SPG CAD | C | RPP #2 EXPLORING CAREERS | 12-01-2017 | 01-16-2018 |
| SPG CAD | C | PROF TEACHES PUBLISHER | 10-04-2017 | 01-11-2018 |
| SPG CAD | C | MICROSOFT OUTLOOK | 10-04-2017 | 01-11-2018 |
| SPG CAD | C | INTERNET EXPLORER | 10-04-2017 | 01-11-2018 |
| SPG CAD | C | MICROSOFT ACCESS COMP | 10-04-2017 | 01-11-2018 |
| SPG CAD | C | EXERCISE PHYSIOLOGY 11 | 12-05-2017 | 12-30-2017 |
| SPG CAD | C | JOB SURVIVAL SKILLS REENTRY | 10-17-2017 | 11-02-2017 |
| SPG CAD | C | RPP#5 CMC RELEASE PLANNING | 12-19-2017 | 12-19-2017 |
| SPG CAD | C | RPP#4 USPO/RRC RELEASE CLASS | 12-19-2017 | 12-19-2017 |
| SPG CAD | C | MUSCULOSKELETAL CLASS | 11-07-2017 | 11-30-2017 |
| SPG CAD | C | INTRO TO HOBBYCRAFTS | 11-08-2017 | 11-24-2017 |
| SPG CAD | C | PENCIL DRAWING-BEGINNERS | 10-13-2017 | 11-12-2017 |
| SPG CAD | C | ALGEBRA 2 PART 1 ACE | 06-01-2017 | 06-26-2017 |
| SPG CAD | C | RPP#2 JOB FAIR INTERVIEW | 06-13-2017 | 06-27-2017 |
| SPG CAD | C | RPP#1 U R WHAT YOU EAT | 09-05-2017 | 09-26-2017 |
| SPG CAD | C | RPP2 FIRST IMPRESSION | 09-26-2017 | 09-26-2017 |
| SPG CAD | C | LEXIS NEXIS LAW LIBRARY ACE | 01-15-2015 | 01-19-2015 |
| SPG CAD | C | RPP2 INFORMATION MOCK JOB FAIR | 05-16-2017 | 08-28-2017 |
| SPG CAD | C | FILM APPRECIATION LEISURE | 07-01-2017 | 08-07-2017 |
| SPG CAD | C | RPP#1 VITAMINS AND MINERALS | 07-06-2017 | 07-30-2017 |
| SPG CAD | C | RPP#3 PERSONAL FINANCE | 07-25-2017 | 07-25-2017 |
| SPG CAD | C | RPP#1 AT RISK PROGRAM | 06-08-2017 | 06-29-2017 |
| SPG CAD | C | RECREATION AIDE TRAINING | 06-03-2017 | 06-30-2017 |
| SPG CAD | C | RPP#2 PROFESSOR TEACHES WORD | 03-29-2017 | 06-28-2017 |
| SPG CAD | C | RPP2 PROF TEACH POWER POINT | 03-29-2017 | 06-28-2017 |



### Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: STONE, JACOB LOGAN   09849-010

SEQUENCE: 01626573

Team Date: 04-07-2020

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| SPG CAD | C | RPP 2 PROF TEACHES EXCELL | 03-29-2017 | 06-28-2017 |
| SPG CAD | C | RPP3 FDIC MONEYSMART | 03-29-2017 | 06-28-2017 |
| SPG CAD | C | BILLIARDS MAINTENANCE | 04-30-2017 | 05-25-2017 |
| SPG CAD | C | BUSINESS PLAN FOR A START UP | 03-01-2017 | 03-22-2017 |
| SPG CAD | C | RPP#1 CONSUMER SKILLS | 03-07-2017 | 04-08-2017 |
| SPG CAD | C | INTERLIBRARY LOAN CLASS | 03-09-2017 | 03-10-2017 |
| SPG CAD | C | RPP#2 BEGINNING TYPING CLASS | 01-20-2017 | 03-29-2017 |
| SPG CAD | C | UPHOLSTERY LEISURE COURSE | 02-27-2017 | 03-26-2017 |
| SPG CAD | C | ETHICS IN BUSINESS | 01-19-2017 | 01-27-2017 |
| SPG CAD | C | RPP#1 EATING FOR FUTURE 4H CLS | 02-07-2017 | 02-25-2017 |
| SPG CAD | C | PEDOMETER & HEART RATE | 02-07-2017 | 02-25-2017 |
| SPG CAD | C | LEARNING SPANISH PART 3 | 02-14-2017 | 03-06-2017 |
| SPG CAD | C | LEARNING SPANISH PART 2 | 02-02-2017 | 03-06-2017 |
| SPG CAD | C | RPP1 HEALTHY LIVING CLASS | 01-05-2017 | 01-28-2017 |
| SPG CAD | C | 12-WK 1-HR SES BIGGEST LOSER | 01-05-2017 | 01-28-2017 |
| SPG CAD | C | INTRO TO HOBBYCRAFTS | 12-31-2016 | 01-11-2017 |
| SPG CAD | C | HEALTH FAIR SEMINARS | 12-08-2016 | 01-08-2017 |
| SPG CAD | C | LEARNING SPANISH PART 1 | 12-14-2016 | 12-29-2016 |
| SPG CAD | C | RPP#1 INJURY PREVENTION TECHNS | 11-01-2016 | 12-06-2016 |
| SPG CAD | C | RPP#3 GET RIGHT WITH YOUR TAXS | 11-10-2016 | 11-10-2016 |
| SPG CAD | C | RPP#1 INTRODUCTION TO WELLNESS | 10-06-2016 | 10-14-2016 |
| OAK | C | FINANCIAL PEACE UNIVERSITY RP3 | 01-14-2016 | 03-31-2016 |
| OAK | C | KEYBOARD 12:30-2:00 MON-FRI | 11-18-2015 | 01-14-2016 |
| OAK | C | ADV SPANISH W&TH 6:30 - 8:00 | 04-09-2014 | 06-23-2014 |
| OAK | C | FAMILY FINANCES (RP3) | 04-11-2014 | 06-06-2014 |
| OAK | C | INT SPAN WED/THR 6:30 - 8:00 | 01-15-2014 | 03-26-2014 |
| OAK | C | BUSINESS 6:30 - 8:00 | 01-13-2014 | 03-31-2014 |
| OAK | C | IND SEWING M-F 11:30-2:30 | 01-07-2014 | 03-31-2014 |
| OAK | C | RESUME | 12-13-2013 | 12-27-2013 |
| OAK | C | RUN/WALK | 05-14-2013 | 01-07-2014 |
| OAK | C | BEG SPAN WED&THR 6:30 - 8:00 | 10-02-2013 | 12-18-2013 |
| OAK | C | MJF PREP RP2 TH 7:30-3:30 | 11-06-2013 | 11-06-2013 |
| OAK | C | MJF (RP2) W 7:30/11:30 | 10-18-2013 | 10-18-2013 |
| OAK | C | EMP SKILLS (RP2) TUES 9/10:30 | 07-09-2013 | 10-01-2013 |
| OAK | C | MULTIMEDIA THURS 6:30-8:00PM | 07-11-2013 | 09-26-2013 |
| OAK | C | SELF ASSESSMENT OF TOOLS | 12-03-2012 | 12-07-2012 |
| OAK | C | SELF STUDY/ETIQUETTE (RP2) | 11-19-2012 | 11-29-2012 |
| OAK | C | PREPARING FOR YOUR INTERVIEW | 11-13-2012 | 11-15-2012 |
| OAK | C | 12 STEPS TO SELF-IMPROVEMENT | 11-05-2012 | 11-09-2012 |
| OAK | C | SELF-STUDY VOCABULARY | 10-22-2012 | 10-25-2012 |
| OAK | C | SELF STUDY/WRKNG TOGETHER(RP6) | 10-15-2012 | 10-19-2012 |
| OAK | C | SELF STUDY/MRKT PLAN (RP3) | 10-09-2012 | 10-11-2012 |
| OAK | C | SELF STUDY/50 TIPS (RP6) | 10-01-2012 | 10-05-2012 |
| OAK | C | PREPARE FOR INTERVIEW | 09-24-2012 | 09-27-2012 |
| OAK | C | SELF STUDY/ATTITUDE (RP6) | 09-10-2012 | 09-13-2012 |
| OAK | C | PLAN YOUR WORK/WORK YOUR PLAN | 09-04-2012 | 09-07-2012 |
| OAK | C | CUSTOMER SERVICE ORGANIZATION | 08-20-2012 | 08-23-2012 |
| OAK | C | SELF STUDY/DISAGREEMENT (RP6) | 08-13-2012 | 08-17-2012 |
| OAK | C | SELF STUDY/READING (RP2) | 08-06-2012 | 08-09-2012 |
| OAK | C | SELF STUDY/PEERS (RP6) | 07-30-2012 | 08-02-2012 |
| OAK | C | SELF-STUDY LIFE PURPOSE (RP6) | 07-23-2012 | 07-27-2012 |
| OAK | C | FAT-FREE WRITING | 07-16-2012 | 07-20-2012 |
| OAK | C | FACE TO FACE COMMUNICATION RP6 | 07-02-2012 | 07-06-2012 |
| OAK | C | SELF STUDY/ETHICS (RP2) | 06-18-2012 | 06-27-2012 |
| OAK | C | MARKETING APPROACH | 06-18-2012 | 06-27-2012 |
| OAK | C | STRAIGHT TALK | 06-11-2012 | 06-15-2012 |
| OAK | C | SELF STUDY/CRITICAL THINKING | 06-04-2012 | 06-07-2012 |



## Individualized Reentry Plan - Program Review  (Inmate Copy)

SEQUENCE: 01626573

Dept. of Justice / Federal Bureau of Prisons

Team Date: 04-07-2020

Plan is for inmate: STONE, JACOB LOGAN  09849-010

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| OAK | C | CREATIVE DECISION MAKING | 05-29-2012 | 06-01-2012 |
| OAK | C | CONTINUOUSLY IMPROVING SELF | 05-29-2012 | 06-01-2012 |
| OAK | C | CONCENTRATION | 05-14-2012 | 05-18-2012 |
| OAK | C | SELF STUDY/BLD TRUST (RP6) | 05-07-2012 | 05-11-2012 |
| OAK | C | SELF-STUDY BS WRITING (RP2) | 04-30-2012 | 05-03-2012 |
| OAK | C | BASIC OF MANUF RP2 | 04-23-2012 | 04-26-2012 |
| OAK | C | SELF STUDY/START BUS (RP2) | 04-16-2012 | 04-20-2012 |
| OAK | C | SELF STUDY/MEMORY (RP2) | 03-19-2012 | 03-26-2012 |
| OAK | C | SELF STUDY/FIN STMTS (RP3) | 03-19-2012 | 03-26-2012 |
| OAK | C | SELF-STUDY PROOF READING (RP2) | 03-05-2012 | 03-09-2012 |
| OAK | C | MANAGING NEGATIVE PEOPLE | 02-27-2012 | 03-02-2012 |
| OAK | C | SELF STUDY/JOB SEARCH (RP2) | 02-16-2012 | 02-24-2012 |
| OAK | C | SELF-STUDY GOAL SETTING (RP6) | 02-16-2012 | 02-24-2012 |
| OAK | C | MONEY & CONSUMERS (RP3) | 02-06-2012 | 02-09-2012 |
| OAK | C | EXCERCISE TO PRIORITIZE WORK | 01-30-2012 | 02-02-2012 |
| OAK | C | SELF STUDY/OWN HOME (RP6) | 01-23-2012 | 01-27-2012 |
| OAK | C | SELF-STUDY MATH (RP3) | 01-17-2012 | 01-19-2012 |
| OAK | C | INTERVIEW PREP (RP2) | 01-18-2012 | 01-18-2012 |
| OAK | C | MOTIVATING AND AUDIENCE | 01-09-2012 | 01-13-2012 |
| OAK | C | EMP AFTER PRISON (RP2) | 01-11-2012 | 01-11-2012 |
| OAK | C | ACCOUNTING ESSENTIALS | 01-03-2012 | 01-06-2012 |
| OAK | C | SELF STUDY/ANGER (RP6) | 12-27-2011 | 12-30-2011 |
| OAK | C | SELF-STUDY RESUME (RP2) | 12-19-2011 | 12-23-2011 |
| OAK | C | SELF-STUDY CLEAR WRITING (RP2) | 12-05-2011 | 12-09-2011 |
| OAK | C | SELF STUDY/BUDGET (RP3) | 05-30-2011 | 06-03-2011 |
| OAK | C | SELF STUDY/LISTENING (RP6) | 05-09-2011 | 05-11-2011 |
| OAK | C | SELF STUDY/SKILLS PORT (RP2) | 04-28-2011 | 05-02-2011 |
| OAK | C | BUILDING MAINTENANCE | 11-22-2010 | 03-11-2011 |
| OAK | C | INFECCTIOUS DISEASES | 09-30-2010 | 09-30-2010 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** *NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS* **

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-12-2010 |
| CARE1-MH | CARE1-MENTAL HEALTH | 09-14-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| LOWER BUNK | LOWER BUNK REQUIRED | 02-07-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-06-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-07-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-07-2020 |

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 10-17-2016 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-20-2012 |
| NR COMP | NRES DRUG TMT/COMPLETE | 09-16-2013 |

### FRP Details

| Most Recent Payment Plan |
|--------------------------|

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 12-17-2014 |
|-----------------|--------|------------------------|-------------------|
| Inmate Decision: | AGREED | 50% | Frequency: MONTHLY |
| Payments past 6 months: | $0.00 | Obligation Balance: $0.00 | |

**Financial Obligations**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**    SEQUENCE: 01626573

Dept. of Justice / Federal Bureau of Prisons    Team Date: 04-07-2020

Plan is for inmate: STONE, JACOB LOGAN  09849-010

Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $5,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $2,672.00          Payments commensurate ?   Y

New Payment Plan:          ** No data **

## Progress since last review

Stone has yet to complete the Job Ready course.

## Next Program Review Goals

Complete the Job Ready and a finance course.

## Long Term Goals

Insufficient time due to release.

## RRC/HC Placement

Recommended Placement in a range between 121-150 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : Employment Resources
- Offense : High
- Prisoner : Low
- Court Statement : No RRC/PLP in J&C
- Sentencing Commission : N/A

## Comments

NOTE: Perspective visitors must be approved and listed correctly on the Inmate Visitor List prior to arrival. All immediate family members wishing to visit must be listed on the approved Visitor List. Upon arrival, all visitors age 16 and older must present valid state or government-issued photo identification.

Needs Financial Education.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STONE, JACOB LOGAN  09849-010

SEQUENCE: 01626573
Team Date: 04-07-2020

|  |  |  |  |
|---|---|---|---|
| Name: | STONE, JACOB LOGAN | DNA Status: | OAK02529 / 06-17-2011 |
| Register No.: | 09849-010 |  |  |
| Age: | 35 |  |  |
| Date of Birth: | 10-26-1984 |  |  |

_____
Inmate    (STONE, JACOB LOGAN. Register No.: 09849-010)

_____
Date

_____                    _____
Unit Manager / Chairperson                                          Case Manager

_____                    _____
Date                                                                              Date



Jacob Stone 09849-010
US Medical Center for Federal Prisoners
PO Box 4000
Springfield, MO 65801

United States District Court
30 S. Sixth Street
Room 1038
Fort Smith, AR 72901