IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:09CR20074-001 |
| v. | ) | |
| | ) | |
| | ) | |
| JACOB LOGAN STONE | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S EMERGENCY MOTION FOR REDUCTION IN SENTENCE UNDER THE AUTHORITY OF 18 U.S.C. § 3582(c)(1)(A)(i) DUE TO "EXTRAORDINARY OR COMPELLING REASONS" IN RESPONSE TO THE CORONAVIRUS PANDEMIC AND ADDITIONAL INFORMATION IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE**

Comes now the United States of America, by and through David Clay Fowlkes, Acting United States Attorney for the Western District of Arkansas, and for its Unopposed Motion for an Extension of Time to Respond to Defendant's Emergency Motion for Reduction in Sentence Under the Authority of 18 U.S.C. § 3582(C)(1)(A)(i) Due to "Extraordinary or Compelling Reasons" In Response to the Coronavirus Pandemic (Doc. 50) and Additional Information in Support of Motion for Compassionate Release (Doc. 51), states as follows:

1. Jacob Logan Stone ("Stone") filed an Emergency Motion for Reduction in Sentence Under the Authority of 18 U.S.C. § 3582(C)(1)(A)(i) Due to "Extraordinary or Compelling Reasons" In Response to the Coronavirus Pandemic (Doc. 50) and Additional Information in Support of Motion for Compassionate Release (Doc. 51) on May 21, 2020.

2. The local rule requires a responsive pleading to be filed within fourteen days. The Government believes that its response therefore would be due June 4, 2020.

3. The undersigned respectfully requests a seven-day extension of time to file its response. The Government contends the request for an extension of time is reasonable, given that Stone has placed at issue medical issues he claims warrant a favorable ruling upon his motion and Stone's medical records were provided to the Government, Mr. Pierce and the Court's counsel by the Bureau of Prisons on May 29, 2020. The Government requests this extension to prepare a response that accurately informs this Court of the Government's position on the merit, or lack thereof, of the contentions in Stone's motion. Given Stone's underlying offense of conviction and the medical issues that he argues support his release, a one-week extension of time is necessary for the Government to research and prepare a fulsome response.

4. The undersigned emailed Mr. Pierce on June 1, 2020 to notify him of the Government's intent to file a motion requesting a one-week extension of time to file its response. Mr. Pierce has authorized the undersigned to inform the Court that he has no objection to the request for an extension of time.

WHEREFORE, the United States of America respectfully requests that the time for filing its Response to Stone's Emergency Motion for Reduction in Sentence Under the Authority of 18 U.S.C. § 3582(c)(1)(A)(i) Due to "Extraordinary or Compelling Reasons" In Response to the Coronavirus Pandemic (Doc. 50) and Additional Information in Support of Motion for Compassionate Release (Doc. 51) be extended from June 4, 2020, until and including June 11, 2020.

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By:   /s/ Kyra E. Jenner
Kyra E. Jenner
Assistant U.S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
E-Mail Kyra.Jenner@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

James Pierce, attorney for the defendant, James_Piercce@fd.org

/s/ Kyra E. Jenner
Kyra E. Jenner
Assistant U.S. Attorney