IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:09CR20074-001 |
| v. ) | |
| ) | |
| ) | |
| JACOB LOGAN STONE ) | |

**GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S EMERGENCY MOTION FOR REDUCTION IN SENTENCE UNDER THE AUTHORITY OF 18 U.S.C. § 3582(c)(1)(A)(i) DUE TO "EXTRAORDINARY OR COMPELLING REASONS" IN RESPONSE TO THE CORONAVIRUS PANDEMIC AND ADDITIONAL INFORMATION IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE**

Comes now the United States of America, by and through David Clay Fowlkes, Acting United States Attorney for the Western District of Arkansas, and for its Second Motion for an Extension of Time to Respond to Defendant's Emergency Motion for Reduction in Sentence Under the Authority of 18 U.S.C. § 3582(C)(1)(A)(i) Due to "Extraordinary or Compelling Reasons" In Response to the Coronavirus Pandemic (Doc. 50) and Additional Information in Support of Motion for Compassionate Release (Doc. 51), states as follows:

1. Jacob Logan Stone ("Stone") filed an Emergency Motion for Reduction in Sentence Under the Authority of 18 U.S.C. § 3582(C)(1)(A)(i) Due to "Extraordinary or Compelling Reasons" In Response to the Coronavirus Pandemic (Doc. 50) and Additional Information in Support of Motion for Compassionate Release (Doc. 51) on May 21, 2020.

2. On May 22, 2020, the Court appointed the Federal Public Defender to represent Stone, and on May 27, 2020, the Court provided Stone a deadline of June 15, 2020, by which to file any counseled supplemental motion.

3. On June 1, 2020, the Government was granted an extension of time to respond to Stone's May 21 motion, and the Government's response is now due June 11, 2020.

4. Stone's motion is missing four pages; three of which appear they might contain content substantive to Stone's request for relief. Should the Court direct the Government to respond to Stone's May 21 motion as currently filed and prior to the filing of any counseled supplemental motion, the Government is prepared to do so. However, the undersigned respectfully requests a seven-day extension of time so that the missing pages from Stone's May 21 motion can be provided to the Government by Mr. Pierce and allow the Government to file a single response to Stone's complete motion and any counseled supplemental motion. Mr. Pierce has advised that his client is sending him the missing pages by United States mail and that Mr. Pierce will provide the Government with the four missing pages promptly upon his receipt of those pages from Stone.

5. The undersigned emailed Mr. Pierce on June 9, 2020 to notify him of the Government's intent to file a motion requesting an extension of time to file its response. Mr. Pierce has authorized the undersigned to inform the Court that he has no objection to the Court's granting an extension of only a few days.

WHEREFORE, the United States of America respectfully requests that the time for filing its Response to Stone's Emergency Motion for Reduction in Sentence Under the Authority of 18 U.S.C. § 3582(c)(1)(A)(i) Due to "Extraordinary or Compelling Reasons" In Response to the Coronavirus Pandemic (Doc. 50) and Additional Information in Support of Motion for Compassionate Release (Doc. 51) be extended from June 11, 2020, until and including June 18, 2020.

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: */s/ Kyra E. Jenner*
Kyra E. Jenner
Assistant U.S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
E-Mail Kyra.Jenner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

James Pierce, attorney for the defendant, James_Piercce@fd.org

*/s/ Kyra E. Jenner*
Kyra E. Jenner
Assistant U.S. Attorney