IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:09CR20074-001 |
| v. ) | |
| ) | |
| ) | |
| JACOB LOGAN STONE ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this Court, and I appear in this case as co-counsel for the Plaintiff, United States of America.

DATED this 18th day of June, 2020.

Respectfully submitted,

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: /s/ Lloyd V. Stone

Lloyd V. Stone
Assistant U.S. Attorney
Arkansas Bar No. 98161
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
E-Mail: van.stone@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to James Pierce, attorney for the Defendant.

/s/ Lloyd V. Stone

Lloyd V. Stone
Assistant U.S. Attorney