IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:09CR20074-001 |
| v. ) | |
| ) | |
| ) | |
| JACOB LOGAN STONE ) | |

### MOTION FOR LEAVE TO FILE *UNDER SEAL* AN ATTACHMENT TO THE GOVERNMENT'S RESPONSE

Comes now the United States of America, by and through David Clay Fowlkes, Acting United States Attorney for the Western District of Arkansas, and files this Motion for Leave to File *Under Seal* An Attachment to the Government's Response to Jacob Stone's motions to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). As grounds, the Government states as follows:

1. Jacob Stone, a Bureau of Prisons (BOP) inmate, has filed three motions seeking a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. Nos. 51, 58, 59).[1]

2. The Government's response is due June 18, 2020.

3. In preparing its response to Stone's motions, the Government has identified BOP records containing information about Stone's medical conditions, which Stone asserts constitute grounds for the Court to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). The Government contends these BOP records will assist the Court in its consideration of Stone's request for relief and the Government's opposition thereto.

---

[1] Stone's initial motion for a sentencing reduction was missing four pages. (Doc. 50). Stone re-filed a complete version of his original motion. (Doc. 58).

1

4.     The Government now seeks this Court's permission to submit these BOP records *under seal* as an attachment to the Government's Response. The Government will provide Stone a copy of each BOP record the Government requests permission to file *under seal* as an attachment to the Government's Response.

WHEREFORE, the Government respectfully requests that this Motion for Leave to File *Under Seal* An Attachment to the Government's Response due June 18, 2020, be granted.

        Respectfully submitted,

        DAVID CLAY FOWLKES
        ACTING UNITED STATES ATTORNEY

By:  ***/s/ Lloyd V. Stone***
        Lloyd V. Stone[2]
        Assistant U.S. Attorney
        Arkansas Bar No. 98161
        414 Parker Avenue
        Fort Smith, AR 72901
        Telephone: (479) 783-5125
        E-Mail: van.stone@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

James Pierce, attorney for the defendant, James_Piercce@fd.org

        ***/s/ Lloyd V. Stone***
        Lloyd V. Stone
        Assistant U.S. Attorney

---

[2] The Assistant U.S. Attorney of record is not related to the Defendant, Jacob Stone.