**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )  Criminal No. 2:09CR20074-001 |
| | ) |
| **JACOB LOGAN STONE** | ) |

**MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE UNDER SEAL**

Comes now the United States of America, by and through Devon Still, Assistant United States Attorney and hereby requests this Court for leave to file its Response to Defendant's Motion for Early Termination of Supervised Release Under seal. The response contains sensitive information not typically available to the public and that contains identifying information of minors. To protect personal information of the Defendant and minors, the Government requests to be allowed to file said Response under seal.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: */s/ Devon Still*
Devon Still
Assistant U.S. Attorney
Arkansas Bar No. 2005257
414 Parker Avenue
Fort Smith, AR 72901
Phone: 479-783-5125
Email: Devon.Still@usdoj.gov