IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

VS.                    Criminal No. 2:09-cr-20074-SOH-1

JACOB LOGAN STONE                                                                      DEFENDANT

## ORDER

Presently before the Court is the Defendant's Motion to Proceed In Forma Pauperis on appeal filed on April 16, 2025. (ECF No. 77). The motion has been referred to the undersigned for disposition.

Upon review, the Court finds that Defendant's Motion to Proceed In Forma Pauperis on appeal (ECF No. 77) should be, and it hereby is, **GRANTED**.

IT IS SO ORDERED on this 17th day of April 2025.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE