## TRANSMITTAL SHEET

TO:  Clerk, 8th Circuit Ct of Appeals                    Date:  4/28/2025

From:  Clerk, District Court WD/AR  Fort Smith Division

Appeal No.  25-1802          Prior appeal: 18-1036 8USCA

District Court No.  2:09-cr-20074-SOH-001

Case Style:    USA   vs   Jacob Logan Stone

**TRANSMITTED HEREWITH:**

| | Original file | | | Designated Clerk's Record |
|---|---|---|---|---|
| ☐ | Change of Plea Transcript | ☒ | | Presentence Report   ECF 18 |
| ☐ | Sentencing Transcript | ☐ | | Statement of Reasons |
| ☐ | Transcripts will be shipped separately | ☐ | | Sentencing Recommendations |
| ☐ | | ☐ | | (In triplicate) |
| ☐ | | ☐ | | |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Comments:   Sent via FedEx  Tracking number: 880871659138

**ALL ARE COPIES... NO NEED TO RETURN**