IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUL 16 2026

By Mistee Aaron
Deputy Clerk

UNITED STATES OF AMERICA,
Plaintiff,

v. Case No. 2:09-CR-20074-SOH-1

JACOB LOGAN STONE,
Defendant.

## NOTICE OF CHANGE OF ADDRESS

Defendant Jacob Logan Stone, appearing pro se, respectfully notifies the Court, the United States Probation Office, and all parties of record that his address of record has changed. Defendant requests that the Clerk of Court update its records accordingly and that all future notices, orders, and correspondence in this matter be directed to the new address listed below.

**Former Address:**
6633 Leisure Loop
Ozark, AR 72949

**New Address:**
201 W Elm Blvd
Van Buren, AR 72956

All other contact information, including telephone number and email address, remains unchanged.

Respectfully submitted,

By: [signature]
Jacob Logan Stone
Pro Se Defendant
201 W Elm Blvd
Van Buren, AR 72956
JacobLStone1@gmail.com
(479) 209-1707

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, a true and correct copy of the foregoing was served upon the United States Attorney's Office for the Western District of Arkansas and the United States Probation Office via electronic and/or first-class mail.

[signature]
Jacob Logan Stone

Jacob Logan Stone
201 W Elm Blvd
Van Buren, AR 72956

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

9589 0710 5270 2005 4234 78

Retail

UNITED STATES POSTAL SERVICE

72901

RDC 99

U.S. POSTAGE PAID
FCM LETTER
ALMA, AR 72921
JUL 14, 2026

$6.37

S2322S500660-44

United States District Court
Attn: Clerk of the Court
30 South 6th Street
Room 1038
Fort Smith, AR 72901

72901-243763