US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

SEP 03 2026

By Mistee Aaron
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,

v. Case No. 2:09-CR-20074-SOH-1

JACOB LOGAN STONE,
Defendant.

**MOTION FOR PERMISSION TO SUBMIT DOCUMENTS FOR FILING AND TO RECEIVE ELECTRONIC SERVICE VIA DESIGNATED EMAIL ADDRESS**

Defendant Jacob Logan Stone, appearing pro se, respectfully requests that this Court grant him permission, on a case-by-case basis pursuant to the Court's Administrative Policies and Procedures Manual for Civil and Criminal Filings (April 2026), Sections I.B and IV.C.2, to (1) submit documents for filing in this case to a court-designated email address, and (2) receive service of filed documents and orders, including the corresponding Notice of Electronic Filing ("NEF"), at his email address. In support, Defendant states:

1. Defendant is not eligible for full CM/ECF electronic-filing access, which the Manual reserves for attorneys admitted to the bar of this Court. (Manual § II.A.) The Manual separately provides, however, that "[p]ro se parties may request permission from the presiding judge to submit documents for filing to a designated email address on a case-by-case basis" and, separately, that pro se parties "may request permission from the presiding judge to receive filed documents at a designated email address." (Manual § I.B; see also § IV.C.2.) Defendant seeks both forms of permission here.
2. Defendant is currently litigating a Renewed Motion for Early Termination of Supervised Release and related motions, including a motion for leave to reference sealed material, following the Eighth Circuit's issuance of the mandate in this case on August 27, 2026.

Permission to submit filings by email and to receive electronic notice of orders would materially reduce mailing delay in this active motion practice, allow Defendant to respond to orders and deadlines promptly, and reduce the burden on the Clerk's office of scanning and uploading conventionally submitted paper documents.

3. If this motion is granted, Defendant will comply with all applicable requirements, including that each document submitted for filing will contain the appropriate case number and a title by which it should be called on the docket sheet; will be signed and include Defendant's mailing address, telephone number, and email address; will be submitted in PDF format conforming to the Court's current CM/ECF file-size limits; and will include verification or an unsworn declaration where required by rule or statute. (Manual § IV.C.2.) Defendant will promptly notify the Court of any change in his contact information. (Manual § IV.C.3.)

4. Defendant's email address for both purposes is JacobLStone1@gmail.com.

**RELIEF REQUESTED**

5. Defendant respectfully requests that this Court grant him permission to: (a) submit documents for filing in this case to the Court's designated email address, in accordance with Manual § IV.C.2; and (b) receive service of filed documents and orders, including the NEF, at JacobLStone1@gmail.com, in accordance with Manual § I.B.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court grant this motion.

Respectfully submitted,

Jacob Logan Stone
Pro Se Defendant
201 W Elm Blvd
Van Buren, AR 72956
(479) 209-1707
JacobLStone1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing was submitted to the Clerk of Court for filing, which upon docketing will generate a Notice of Electronic Filing to all counsel of record, and/or was served via U.S. Mail on the United States Attorney's Office for the Western District of Arkansas.

Jacob Logan Stone