US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

SEP 29 2026

Mistee Aaron
By ____________________
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:09-CR-20074-SOH-1

JACOB LOGAN STONE,

Defendant.

---

**DEFENDANT'S NOTICE OF EXPIRATION OF RESPONSE TIME AND REQUEST FOR RULING ON PENDING MOTIONS (ECF NOS. 86 & 87)**

---

Defendant Jacob Logan Stone, appearing pro se, respectfully files this Notice to inform the Court that the Government's time to respond to Defendant's pending non-dispositive motions has expired with no response or request for an extension of time filed, and respectfully requests an expedited ruling on both motions so that Defendant may proceed with filing his Renewed Motion for Early Termination of Supervised Release. In support, Defendant states:

1. On September 3, 2026, Defendant filed two procedural motions:
    a. ECF No. 86: Motion for Leave to Reference Sealed Material in Publicly Filed Renewed Motion for Early Termination; and
    b. ECF No. 87: Motion for Permission to Submit Documents for Filing and to Receive Electronic Service Via Designated Email Address.

2. Copies of both motions were served via Certified Mail upon the United States Attorney's Office for the Western District of Arkansas and electronically noticed to counsel of record via the Court's CM/ECF system upon docketing on September 3, 2026.
3. Under Local Rule 7.2(b), an opposing party must file any response within fourteen (14) days from the date of service. Even adding three (3) calendar days under Federal Rule of Criminal Procedure 45(c) for service by mail, the deadline for the Government to respond or seek an extension of time expired on Monday, September 21, 2026.
4. As of September 26, 2026, twenty-three (23) days have elapsed since the motions were filed and served. The Government has filed no response, opposition, or motion for an extension of time.
5. Under Local Rule 7.2(f), "[t]he failure to timely respond to any nondispositive motion . . . shall be an adequate basis, without more, for granting the relief sought in said motion." Both ECF No. 86 and ECF No. 87 are non-dispositive motions.
6. Resolution of these motions is a necessary prerequisite to filing Defendant's Renewed Motion for Early Termination of Supervised Release:
    a. The ruling on ECF No. 86 dictates whether portions of the Renewed Motion must be filed under seal with redactions or may quote the limited government excerpts publicly; and
    b. The ruling on ECF No. 87 determines the filing and service method authorized for subsequent pleadings.

WHEREFORE, Defendant respectfully requests that the Court deem ECF Nos. 86 and 87 unopposed and enter an Order granting both motions.

Respectfully submitted,

Jacob Logan Stone
Pro Se Defendant
201 W Elm Blvd
Van Buren, AR 72956
(479) 209-1707
JacobLStone1@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2026, a true and correct copy of the foregoing document was served via U.S. Mail / Certified Mail upon:

Office of the United States Attorney
Western District of Arkansas
Fort Smith Division
414 Parker Avenue
Fort Smith, AR 72901

and/or submitted conventionally to the Clerk of Court for filing, which upon docketing generates a Notice of Electronic Filing (NEF) to all counsel of record.

Jacob Logan Stone

9589 0710 5270 4341 9234 52

US P
FI
063S
F

B80556 04

Stamps

Jacob Logan Stone
201 W Elm Blvd
Van Buren, AR 72956

United States District Court
Office of the Clerk
30 South 6th Street, Room 1038
Fort Smith, AR 72901