IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. Criminal No. 2:09-cr-20074-JTS

JACOB LOGAN STONE DEFENDANT

**ORDER**

Currently before the Court is the Defendant's Motion for Leave to Reference Sealed Material in Publicly Filed Renewed Motion for Early Termination (ECF No. 86) and his Motion for Permission to Submit Documents for Filing and to Receive Electronic Service via Designated Email Address (ECF No. 87), both filed on September 3, 2026. The United States has not responded to either motion. The motions were referred to the undersigned on October 22, 2026. (ECF No. 89).

Regarding the Motion for Permission to Submit Documents for Filing and to Receive Electronic Service via Designated Email Address (ECF No. 87), the Defendant should refer to the Court's Pro Se Email Filing Procedures found on the Court's public webpage, under Links, then Representing Yourself or Pro Se Litigant, then Civil Lawsuit Self Representation. Defendant is directed to complete, sign and submit the required Consent to Electronic Notifications to the Clerk's Office to be authorized for email filing and notifications. The Motion for Permission to Submit Documents for Filing and to Receive Electronic Service via Designated Email Address (ECF No. 87) is, therefore, **DENIED** as moot.

Regarding the Motion for Leave to Reference Sealed Material in Publicly Filed Renewed Motion for Early Termination (ECF No. 86), the Defendant seeks permission to reference and quote five short excerpts from the Government's Response (filed under seal) to the Defendant's

prior Motion for Early Termination of Supervised Release (ECF No. 69). The specific excerpts are set forth in Defendant's Exhibit A to his motion. (ECF No. 86-1) (under seal). Defendant points out in his Motion that the excerpts do not disclose any identifying information concerning any minor, but they relate only to the Government's characterizations of Defendant's history. Upon consideration, the Defendant's Motion (ECF No. 86) is **GRANTED**. The Defendant is given leave to reference and quote the five excerpts set forth in Exhibit A (ECF No. 86-1) in his Renewed Motion for Early Termination.

IT IS SO ORDERED on this 2nd day of November 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE